IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,

    Plaintiff,

v.                                        CASE NO. 05-CV-2045 (JDB)

ALBERTO GONZALES, et. al.,

    Defendants.
_____/

AFFIDAVIT OF
CERTIFICATION OF SERVICE OF PROCESS
ALBERTO GONZALES, ATTORNEY GENERAL, UNITED STATES ATTORNEY,
HARLEY G. LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS,
SUSAN VANBAALEN, CHIEF CHAPLAIN, FEDERAL BUREAU OF PRISONS

COMES NOW, DANIEL J. LEVITAN, and hereby certifies that the following parties were served with Summons and Complaint on the following dates and that I have proof of service thereupon:

    ALBERTO GONZALES, Attorney General
    Served: **NOVEMBER 10, 2005;**

    HARLEY G. LAPPIN, Director
    Served: **OCTOBER 31, 2005;**

    SUSAN VANBAALEN, Chief Chaplain
    Served: **OCTOBER 31, 2005;**

    UNITED STATES ATTORNEY-DISTRICT OF COLUMBIA
    Served: **OCTOBER 28, 2005**

I HEREBY CERTIFY that the foregoing is true and correct under the penalties provided for perjury pursuant to 28 U.S.C. §1746 on this 11th day of November, 2005.

_____
DANIEL J. LEVITAN

Four USPS Domestic Return Receipt (PS Form 3811) cards:

**Card 1:**
- Article Addressed to: HARLEY G. LAPPIN, DIRECTOR, BUREAU OF PRISONS, 320 FIRST STREET, N.W., HOLC BLDG., WASHINGTON D.C. 20534
- Article Number: 7003 1680 0005 1212 1500
- Service Type: Certified Mail
- Restricted Delivery: checked
- Signature present; Date of Delivery: 10/31/05

**Card 2:**
- Article Addressed to: ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL, 950 PENN. N.W., WASHINGTON D.C. 20530
- Article Number: 7003 1680 0005 1212 1487

**Card 3:**
- Article Addressed to: UNITED STATES ATTORNEY OFFICE, 501 3RD STREET N.W., WASHINGTON, D.C. 20001
- Article Number: 7003 1680 0005 1212 1517
- Service Type: Certified Mail; Return Receipt for Merchandise checked
- Signature present; Date of Delivery: 10/31/05

**Card 4:**
- Article Addressed to: SUSAN VAN BAALEN/CHIEF CHAPLAIN, BUREAU OF PRISONS, 320 FIRST STREET, N.W., HOLC BLDG., WASHINGTON D.C. 20534
- Article Number: 7003 1680 0005 1212 1494
- Service Type: Certified Mail
- Signature present; Date of Delivery: 10/31/05