UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,

    Plaintiff,

        v.                                            Civil Action No. 05-2045 (JDB)

ALBERTO GONZALES, *et al.*,

    Defendants.

## ORDER

Defendant, by counsel, has filed a motion to dismiss the complaint or, alternatively, to transfer this action to the United States District Court for the Northern District of Georgia. Because a ruling on this motion may dispose of this action, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendant's motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or <u>at such other time as the court may direct</u>, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b) (emphasis added). If plaintiff fails to respond to the motion, the Court may grant the motion and dismiss the case. *Fox v. Strickland*, 837 F.2d at 509.

In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure which

1

provides:

> Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon the party and the notice or paper is served upon the party [by mail], 3 days shall be added to the prescribed period.

Fed. R. Civ. P. 6(e).

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or other response to defendant's motion by **January 30, 2006**. If plaintiff fails to respond timely, the Court may treat the motion as conceded, and either dismiss the case or transfer it to the United States District Court for the Northern District of Georgia.

SO ORDERED.

/s/<br>
JOHN D. BATES<br>
United States District Judge

Dated:   December 27, 2005