IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,
SALEEM PORTER,

     Plaintiffs,

v.                          CASE NO. 05-CV-2045 (JDB)

ALBERTO GONZALES, et. al.,

     Defendants.

_____/

### PLAINTIFF'S EXHIBITS IN SUPPORT OF
### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs hereby file these exhibits as part of their request for Preliminary Injunction.

| Exhibit | A | Affidavit of Saleem Porter |
|---|---|---|
| | B | Affidavit of David Bitton |
| | C | Affidavit of Booker Muhammad |
| | D | Letter of Orthodox Jewish Rabbi Yossi Lerman |
| | E | FTCA Claim of Daniel Levitan |
| | F | Exhaustion of Administrative Remedies |
| | G | Affidavit of Edward Abbott |
| | H | Memorandum of Cook Foreman Mozeke BOP |
| | I | Common Fare Food Menu |
| | J | Memorandum of Asst. Director John M. Vanyur |
| | K | Affidavit of Daniel J. Levitan |
| | L | Affidavit of Sonnie Ellis |

RECEIVED

JAN 1 2 2006

NANCY MAYER WHITTINGTON, C'
U.S. DISTRICT COURT

Respectfully submitted,

SALEEM PORTER
Federal Prison Camp
P.O. Box 150160
Atlanta, GA. 30315-0160

Dated: _1-10-06_

_____
SALEEM PORTER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail first class postage prepaid to Karen L. Melnik, AUSA, 555 Fourth Street, N.W., Washington D.C. 20530 on this 6th day of January, 2006.

_____
SALEEM PORTER

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,

    Plaintiff,

v.                                          CASE NO. 05-2045

ALBERTO GONZALES, Attorney General,
et. al.,

    Defendants.

_____/

### AFFIDAVIT OF SALEEM PORTER

1. My name is SALEEM PORTER and I am currently confined
at the Federal Bureau of Prisons, Federal Prison Camp, Atlanta,
Georgia.

2. I am a practicing Muslim and I have been attempting to
comply with the Halal provisions of my faith while confined.

3. While incarcerated at the Federal Prison Camp, Atlanta,
Georgia I have made numerous complaints about the religiously
adherent meals served to both Jewish and Muslim inmates commonly
known as "Common Fare".

4. I have been served food that was improperly refrigerated,
contained mold, and was foul smelling, I have exhausted administrative
remedies on this issue requesting the food be properly stored,
prepared and served under Kosher and/or Hala standards.

5.    I have filed administrative remedies requesting
that food served be nutritionally adequate, that the two week
menu cycle be followed that is implemented within the Bureau of
Prisons, for the common fare menu, but no action or other
corrective action to comply with religious requirements have
been implemented.

6.    I have no other source of food staples other then the
inmate commissary to obtain food that is Halal or Kosher.

7.    I have offered simple suggestions that would have a
de minimis impact on prison resources to fix the problems
related to the compliance with Kosher or Halal standards only to
be rebuffed and/or simply not provided with a response and/or
answer.

8.    I have addressed these problems with the Chaplain,
Mr.Sabree who has said that he has tried to correct the problems
with the storage, preparation and service of common fare.

9.    I have been told that the Warden has taken money from
the food service budget for other institutional operations which
has also contributed to the deficiencies and type fo food served.

10.    Overall the food served under religious guidelines does
not comply with Halal or Kosher standards, and the local Rabbi
has said that it is the equivalent of serving non-Kosher food without
religious dietary guidelines, food nutritional value, as well

amounts, and the safety of food such as refrigeration and service are not properly complied with and deny the ability to adhere to the tenets of my faith.

I HEREBY DECLARE under the penalties provided for perjury that the foregoing is true and correct and pursuant to the provisions of Title 28 U.S.C. §1746.

Executed on this 6th day of October, 2005, in Fulton County, Atlanta, Georgia.

*Saleem Porter*

SALEEM PORTER

SALEEM PORTER
Federal Bureau of Prisons
Federal Prison Camp
601 McDonough Boulevard, S.E.
P.O. Box 150160
Atlanta, GA. 30315-0160

## AFFIDAVIT

I HEREBY CERTIFY under the penalties provided for perjury and pursuant to the provisions of 28 U.S.C. §1746 that the following is true and correct.

1.   I am a participant in the Religious Diet Program commonly referred to as "Common Fare".

2.   While confined at the Federal Prison Camp, Atlanta, Georgia, it has been a rare occasion that the Common Fare menu has been followed; it is typical that the Common Fare menu is not followed nor are the amounts correctly followed for nutritional value.

3.   Food items that are considered Kosher have been defrosted and when cooked have smelled rancid, have been off color and have exhibited mold inside the Koshered items.  The exception was during Passover when different items were purchased from a brand called "Meal Mart" which were complete meals, nutritionally balanced and were properly served.

4.   Hot and cold items are not held within applicable food safe guidelines for temperature; coolers and freezers are substantially above approved standards, causing bacterial growth and the likely possibility of food contamination.

5.   Common fare trays are prepared on surfaces that have been used for non-kosher meats, and dairy products, as well as pork products, and are cleaned in solution containing pork products or non-kosher items.

6.    I have brought this to the attention of staff and notwithstanding my repeated request to staff member (cop-out) only minimal action was taken to make appearances seem like the common fare area is in compliance, when in fact it is not.

Executed: 7-1-05

SALEEM PORTER
Reg. No. 36937-083

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,
SALEEM PORTER,

    Plaintiffs,

v.

CASE NO. 05-CV-2045 (JDB)

ALBERTO GONZALES, et. al.,

    Defendants.

_____/

### AFFIDAVIT OF DAVID BITTON

I DAVID BITTON HEREBY STATE:

1.    I am an inmate currently incarcerated at the Federal Bureau of Prisons in Atlanta, Georgia.

2.    I am an Orthodox Jewish adherent and my father is an orthodox Jewish Rabbi who resides in Miami, Florida.

3.    I have made repeated attempts to be provided with kosher meals from the food service department; I have spoken with the Cook Foreman, the Food Administrator, Tim Zuppinger, as well as the Camp Administrator in an effort to be given kosher food itmes as is provided for by policy.

4.    I have not eaten from the common fare line or from food service for over 3 months due to the fact that the food items are not kosher, the tables are not kosher, the preparation of the food is not kosher, the food is not stored in the proper temperatres

as the equipment is broken and mechanical services will not fix or repair the equipment, and food is infested with insects which I have witnessed contaminating the food and crawling all over the walls in food service.

5.    The Aleph Institute a Orthodox Jewish organization in miami, Florida has provided me with the two week common fare menu and the BOP here does not follow that menu nor supply the kosher food as required.  On a recent visit with Rabbi Lerman he specifically found countless numbers of Kashruth law violations and proclaimed that any food from the area is non-kosher.

6.    I have been eating food itmes I have purchased from the inmate commissary in order to eat in a kosher manner as my only means of survival.

I HEREBY CERTIFY UNDER THE PENALTIES PRESCRIBED FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT PURSUANT TO 28 U.S.C. §1746.

Executed: _1-6-06_

_____
DAVID BITTON

-2-

## AFFIDAVIT

I HEREBY CERTIFY under the penalties provided for perjury and pursuant to the provisions of 28 U.S.C. §1746 that the following is true and correct.

1.   I am a participant in the Religious Diet Program commonly referred to as "Common Fare".

2.   While confined at the Federal Prison Camp, Atlanta, Georgia, it has been a rare occasion that the Common Fare menu has been followed; it is typical that the Common Fare menu is not followed nor are the amounts correctly followed for nutritional value.

3.   Food items that are considered Kosher have been defrosted and when cooked have smelled rancid, have been off color and have exhibited mold inside the Koshered items. The exception was during Passover when different items were purchased from a brand called "Meal Mart" which were complete meals, nutritionally balanced and were properly served.

4.   Hot and cold items are not held within applicable food safe guidelines for temperature; coolers and freezers are substantially above approved standards, causing bacterial growth and the likely possibility of food contamination.

5.   Common fare trays are prepared on surfaces that have been used for non-kosher meats, and dairy products, as well as pork products, and are cleaned in solution containing pork products or non-kosher items.

B

6.   I have brought this to the attention of staff and notwithstanding my repeated request to staff member (cop-out) only minimal action was taken to make appearances seem like the common fare area is in compliance, when in fact it is not.

Executed: 7-1-05

Booker T. Muhammad
Reg. No. 27196-177

# CHABAD ENRICHMENT CENTER

## GWINNETT / HALL

ב"ה

**Rabbi Yossi Lerman**

September 29, 2005

To Whom It May Concern:

On September 15, 2005 I visited the Camp Kitchen. The following are my recommendations to improve the Kosher standard of the Common Fare Facility.

1. There must be a separate sink in the common fare kitchen to be used exclusively for the common fare meals. Washing these utensils in any other sink is unacceptable.

2. I saw a microwave oven in the kitchen that was <u>not plugged in</u>. I was told that it has not been plugged in for over weeks, and therefore the food is being warmed up in a non Kosher oven!

3. The packaged meals must come in a strongly sealed wrapping, preferable with two seals. (Like the T.V. dinners). The seal should not break when handled and heated up. The one I saw was very weak and breakable. Need to change distributor.

4. The cutting table and any other utensils may <u>not</u> be taken out of the kitchen, and may not be used for non kosher use.

5. The bread I saw in the kitchen only had a  K  on it, which is generally not an acceptable kosher symbol for any kosher item.
Bread may also not be dairy.

6. No dairy food may be processed in a meat Kitchen.

7. No outside utensils are **ever** allowed inside the kitchen.

8. The whole common fare kitchen needs to be re-koshered when all of the above has been implemented.

Due to the gravity of the issue, immediate attention is Necessary.

Rabbi Yossi Lerman

3604 Parkmont Court  ❧  Norcross, GA  30092  ❧  (678) 595-0196
www.ChabadEnrichment.org

U.S. DEPARTMENT OF JUSTICE                          REQUEST FOR ( MINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| m: | LEVITAN, Daniel J. | 22977-037 | CAMP ONE | USP-ATL-CAMP |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

This is a complaint due to staff negligence, staff intentional harm due to refusal to repair equipment in the Camp Food Service and specifically freezers, coolers, blast chillers, and cooking equipment so that food is properly chilled and cooked.

These harms are direct refusals by Mechanical Services staff in refusing to repair equipment that has caused food illness as a result of improper refrigeration techniques. See attached claim.  As a direct and proximate result of these refusals, failures and/or negligence and total disregard for inmate safety I have suffered food borne illness as a result of improper refrigeration.  These refusals are a deprivation of Constituional guarantees, and are in violation of the law; i.e. Eighth Amendment; 18 U.S.C. §4042(a)(2), BOP 28 C.F.R. §547.20. et. seq., and BOP Policy to implement these statutory and Constitutional requirements.  Food Service staff have attempted over the last six months to request that refrigeration and an array of broken equipment be repaired but these request have gone unanswered and resulted in the complete failure of Hazardous Area Critical Control Point guidelines (HACCP).

_____9/19/05_____                              _____
DATE                                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

① GAVE BACK TO DRYE ON 11/15/05

② PREVIOUSLY GAVE TO DRYE FOR INFORMAL SPOKE W/ZUPPANGER @ 10/20/05 AND SAID OMS GOING TO REPAIR GIVE IT A WEEK. THIS WAS WHILE IN CAMP DINING ROOM.

_____                         _____
DATE                                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

___ORIGINAL: RETURN TO INMATE___                CASE NUMBER: _____

                                                CASE NUMBER: _____
**rt C– RECEIPT**
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.        UNIT        INSTITUTION
SUBJECT: _____

_____                         _____
DATE                                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                          Previously BP-DIR-9
                                                 BP-229(13)
                                                 APRIL 1982

September 11, 2005

Lisa Sunderman, Regional Counsel
Federal Bureau of Prisons
3800 Camp Creek Parkway, SW
Building 2000
Atlanta, GA 30331-6226

Re:    Claim for Injury
       Federal Tort Claims Act
       Food Poisoning-Federal Prison Camp-Atlanta, GA

Dear Ms. Sunderman:

This filing is on behalf of Daniel J. Levitan (#22977-037), a prisoner currently incarcerated at the Federal Prison Camp, Atlanta, Georgia.

On or about September 5, 2005, at approximately 6:00 pm, Daniel began experiencing nausea, cramps, severe stomach pain, and diarrhea. Other inmates also experienced these symptoms. The food that was consumed in common was poultry, which was served at the noon meal on the same day. For the next 48 hours, all experienced cramping, vomiting, loss of energy, and queasiness. The next day, Daniel tried working like normal, only to experience increased sickness. He advised his job supervisor that he needed to leave early due to the poisoning from the food consumed the day before. His health did not start to improve until September 7, 2005.

This poisoning was a direct and/or proximate result of negligence, failure and/or refusal to maintain proper refrigeration, storage and food handling techniques. Additionally contributing to this possibly was the fact that proper disinfectants, detergents and sanitizers were not used as the stock had been depleted; as well as the negligence and/or failure to maintain a Hazard Analysis Critical Control Point (HACCP) system.

On or about September 2, 2005, 14 cases of chicken were ordered by the Atlanta Federal Prison Camp from the Central Food Service Warehouse. The poultry was pulled from the freezer at approximately 8:30 am and placed in the cooler for about one hour. At approximately 9:30 am, the chicken was pulled out of refrigeration and stored for delivery for over two hours in an outside area in which the heat index was over 90°F. At 12:00 pm, the poultry was moved from the warehouse to the back dock of the Camp Food Service area in the direct sunlight and heat <u>where it remained for the next four hours.</u> Subsequently, it was then moved to a cooler (which had a temperature of approximately 55°F) for over 72 hours,

Administrative Remedy No. 376601-A1
Part B - Response

You contend the religious diet program is not in compliance with applicable Bureau of Prisons' policy. You request that meals used in the religious diet program be purchased from a specific vendor.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. Food service and religious services staff closely monitor the religious diet program and ensure compliance with Bureau of Prisons' policy. They have determined that the religious diet program provides proper food items which are maintained at appropriate temperature and that such meals are religiously-compliant. Such meals are nutritionally-adequate and are prepared and served in a sanitary environment and manner. You offer no credible evidence to support any conclusion to the contrary.

Food for use in the religious diet program, or for service to the general inmate population, is purchased pursuant to the provisions of the Federal Acquisition Regulation. Sole-source procurement is not consistent with this regulation.

Your appeal is denied.

November 3, 2005

_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals

Central Office Administrative Remedy Appeal

U.S. Department of Justice

Federal Bureau of Prisons

_____ or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
_____ s must be submitted with this appeal.

| From: | PORTER, SALEEM | 36937-083 | CAMP | USP-ATL-CAMP |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL—SEE ALSO CONTINUATION PAGE.**

This is a complaint for the failure of the Food Service Department
to comply with BOP guidelines for the preparation, of Common Fare
Meals and that failure to follow holding temperatures, and temperatures
for cooling. More specifically is the recalcitrant staff members
i.e. Cook Foreman Mozeke who during the morning breakfast meal
recently said: "I don't care about that Common Fare" "You guys have
been eating pork your whole life, you want to come to jail and
pull this b———" "I got blue on I don't have to take the word
of no inmate" It is this type of staff attitude and recalcitrance
which is pervasive at this institution.  Although just recently
Mr. J.B. Wright, Mr. Butler and Mr. Durrance have made an effort
to comply with Common Fare, but simple changes need to be made;
but also these particular staff members always try to comply with
policy.

I would incorporate my previous complaints, affidavits and evidence
as if set forth at length herein.



8-18-05
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
AUG 2 4 2005
ADMINISTRATIVE REMEDY BRANCH

| | | GENERAL COUNSEL | |
| DATE | | CASE NUMBER: 376601-A1 | |

ORIGINAL: RETURN TO INMATE

Part C—RECEIPT                                         CASE NUMBER: _____

Return to: _____
                 LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                          _____
DATE                                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

9

BP-231(13)

CENTRAL OFFICE ADMINSTRATIVE REMEDY APPEAL

REMEDY ID. 376601

PORTER, Saleem
36937-083

Additionally, the institution recently prevented the contract
Rabbi from inspecting the Common fare area. This is also a
policy requirement.

Problems relating to common fare are also insect infestation,
failure of the Mechanical Services Department to repair air
conditioning equipment and cooling units, the mixing of pork
products within the Common Fare room and use of Common Fare tables
for use with non-Kosher or Halal products.

Further, I have previously submitted affidavits under the penalties
for perjury which are also attached attesting to the failure of
the institution camp facility to comply with common fare guidelines
and the regional response had the audacity to discount all of the
evidence which showed failure and a general laziness of cook foreman
to comply with with BOP policy.

This institution has a non-chalant attitude and this has been
evidenced by Cook Foreman Mozeke when he not only showed his
disdain for the Common Fare Program but also his discrimination
by stating "You Muslims want to come to jail and stop eating
pork when you have been eating prok your whole life" ."I know
a Muslim behind the wall that eats pork and messes with those
faggots"  These type of disparaging comments shows a general
bias from a BOP representative against the Muslim faith and
against homosexuals since those remarks were used together
along with religiously motivated statements meant to disparage
my faith.

This institution should never have passed program review, no one
inspected the Common Fare, nor did the program review inspect
the fact that facilities has also significantly contributed to
problems in food service by refusing to repair areas, such as
taking upwards of four, five six months to make simple repairs.

There is no more that I can possibly state on how to repair these
multiple problems that put me at risk of pursuing my faith (a faith
I have practiced my whole life) put the entire inmate population
at risk due to cooling problems which can be gleaned from temperature
logs, and other significant food handling problems in this
institution. This also can be corroborated from the Chaplain at
this institution Chaplain Sabree.

Regional Administrative Remedy Appeal No. 376601-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
July 6, 2005. You allege the Food Service Department is not in compliance with
Program Statement 4700.04, Food Service Manual with respect to the implementation
of the Religious Diet Program. Specifically, you allege the food items are not stored at
the proper temperature, insects are on trays, and the menus are not followed. As relief,
you request the Food Service Department comply with policy.

Our investigation reveals the Religious Diet Program at your institution is in compliance
with procedures as outlined in Program Statement 4700.04, Food Service Manual. The
Religious Diet Program is closely monitored by Food Service staff to ensure proper
temperatures are maintained, cleanliness of trays and adherence to the menus. There
is no evidence to substantiate the Food Service Department is not in compliance with
policy for the Religious Diet Program.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with
this response, you may appeal to the Office of General Counsel, Bureau of Prisons,
320 First Street, N.W., Washington, D.C., 20534. Your appeal must be received in the
General Counsel's Office within 30 calendar days of the date of this response.

_7/25/05_
Date

_for Michael A. Zek_
Regional Director, SERO

U.S. Department of Justice   **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: PORTER, Saleem | 36937-083 | CAMP ONE | USP-ATL-CAMP |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

This is a complaint for the institutional failure to abide by the Religious Diet Program (Common Fare), failing to abide by food storage guidelines for holding food at safe temperatures, coolers, freezers and warmers, failing to control the pest population such as roaches (which have been in my trays), mice and rats where excrement can be seen as well as other insects, and failing to follow the published menus for Common Fare Program, as well as amount and weights of food, and these failures are burdening my religious needs which also by policy is supposed to be protected. Bureau of Prisons guidelines are not being followed.

I have offered simple ways to correct the problems that have a de minimus impact on resources. The instittuion has chose not to effect those suggested changes that would comply with the Common Fare Program requirements. The Warden's response is absolutely untruthful and for the recent program review, changes were made just hours before inspection, for appearance sake. *Please See Continuation page*

| 7-1-05 | |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B—RESPONSE**

RECEIVED
JUL - 6 2005
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

| | |
|---|---|
| DATE | REGIONAL DIRECTOR |

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 376601-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

| | | | |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

| DATE | SIGNATURE, RECIPIENT OF REGIONAL APPEAL |
|---|---|

BP-230(13)

REQUEST FOR ADMINISTRATIVE REMEDY-REGIONAL APPEAL

PORTER, Saleem                           Reg. No. 36937-083

This is a complaint for the Food Service Department's failure to abide by policy and health code guidelines for food preparation and handling at the USP-Atlanta, and Satellite Camp Food Service. Specifically, the improper preparation of Kosher/Halal meals in the Religious Diet Program (Common Fare), improper storage, improper amounts of food items served, and items supplied not commensurate with the Common Fare Menu.   In support of these allegations are attachments of affidavits executed under perjury, and a listing of the actual items served, and a copy of the Common Fare Program menu.   These attachments are incorporated by reference and support my allegations.

First the food is being improperly held.  The freezer at the Camp has been registering 36°+, the coolers 55°+.  These temperatures are unsafe and allow food borne contamination to occur and have made me sick on two occassions, on one occassion I did not eat a chicken quarter as the food was green, molded and had a foul smell. Another time the Pot Roast entree' showed signs of blood when the item had not even been heated and had a foul smell, all resulting from improper refrigeration. Just one-day before the recent Program Review did thermometers get installed.  These thermometers are registering the improper temperatures and this can be found in the temperature logs at the Camp Food Service.

Second the BOP by policy issues a Common Fare Program menu based on a two week cycle.  This menu is not followed; in my attachments indicates the items served below the nutritional standards set by the menu.  I have been told by Food Service Foreman that memos have been written to correct these problems but they are not corrected. These memos should be reviewed to resolve the impasse. Just as importantly is the fact that these improper handling temperatures affect the entire population as the Kosher/Halal food is stored along with non-Kosher food items;  there is not a proper holding cabinet for heated Kosher foods, nor is there a separate holding area for cold foods.  Once again just as importantly is the fact that there is only one holding cabinet to keep foods hot, but the entrees must be held in cabinets that do not maintain the proper holding temperatures. An additional holding cabinet is needed. Ironically, I am told there are two heated holding cabinets in the staff training center that are rarely used but for the inmates only one is used for 500+ inmates at the camp.

Third the food served for entree's do not meet the required weight requirements, I weighed some of the foods served for the entree and the weight came in at 2.5-3 ounces, 30% less than the indicated weight on the package.  To resolve these problems I offer the following suggestions: 1) order complete meals from Meal Mart which were purchased for Passover and offered a complete nutritionally balanced meal, 2) repair the coolers, 3)purchase or remove one holding cabinet from the training center area, 4)purchase tables and equipment which has not been used for Kosher preparation, inclusive of a separate refrigerator for Common Fare, 5) remove cabinets in common fare room that have been used for pork prpeparation, 6) follow the Common Fare program menu.

ß

**PART B-RESPONSE TO ADMINISTRATION REMEDY NO. 376601-F1**

Inmate Name: Porter, Saleem                                      Reg. No. 36937-083

This is in response to your Administrative Remedy receipted May 11, 2005, wherein you claim that the common fare meals you have been receiving are not held at the correct temperatures. You also state insects have been on your tray, and the food amounts are not being observed on your common fare tray. You claim your food is not Halal, and the instruments used to handle meat/ pork products not properly wrapped. Furthermore, you state frozen items have been defrosted and cooked meats have significant signs of blood due to improper handling due to temperature.

Program Statement 4700.04, Food Service Manual, chapter seven, page one section three, states, "To the extent practicable a hot entree shall be available to accommodate inmate's religious dietary needs. e.g., Kosher and/or Halal products." We serve Kosher entrees not Halal because of the availability to this institution. Proper holding temperatures hot/cold are being maintained according to policy and procedures.

Program Statement 4700.04, Food Service Manual, chapter seven, page two, states, "Separate cutting boards, knives, scoops, food inserts and any other necessary items used in the production of food for the common fare diet shall be provided." All of these items are in place during the production and preparation of the common fare feeding program. The utensils, and other items are identified as common fare only and stored separately from mainline utensils.

Program Statement 4700.04 Food Service Manual, chapter seven, page one section four, states, "All foods purchased shall be fully prepared, ready to use and certified by a recognized Orthodox Standard, such as: K, (k), ( K within brackets), "CRC ." Therefore, there could not be blood in the entree as you claim because the entrees come fully prepared. The entrees are cooked in a micro wave oven from a frozen state and never defrosted.

The safety department has an aggressive insect prevention program in the food service department they spray for a variety of flying/crawling insects and rodents that inhabit this region of the country.

Some food items on the common fare tray are weighed with a scale for accuracy to meet recommended daily allowances. We meet or exceed all applicable nutritional recommendations for the common fare program. All Religious Diet menus are submitted to outside Registered Dieticians for analysis of compliance to policy.

An investigation of this matter revealed there is no merit to your accusations and Food Service department is in complete compliance with all policies and procedures regarding the Religious Diet Program (Common Fare).

Therefore, your Request for Administrative Remedy is denied. If dissatisfied with this response, you may submit an appeal on the appropriate form (Regional Administrative Remedy Appeal/BP-10) within 20 calendar days of the date of this response to the Southeast Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226.

G. Maldonado, Jr., Warden                          Date

B

U.S. DEPARTMENT OF JUSTICE  **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| n: | PORTER, Saleem | 36937-083 | CAMP ONE | U.S.P.-ATL.-CAMP |
|----|----------------|-----------|----------|-------------------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

This is a complaint relating to the providing of Common Fare Meals
the serving of Common Fare that is not held at correct temperatures
either hot or cold, insects such as roaches have been in my tray,
insects have infested the food service area, further the Common Fare
menu is not being observed, the amounts are not being observed,
and my food is not Halal as the instruments used to prepare the
food have been used for meat/pork products and are not properly
wrapped.   Further, the frozen items have been defrosted and cooked
meats have significant signs of blood due to improper handling
due to temperature variations.   Simply put there is blatant and
total disregard for food handling procedures, and BOP policy and
procedure due to the mishandling of common fare items.

I am requesting that food service comply with the regulations
and religious laws concerning the preparation of Common Fare,
hold the food at the correct temperature (hot 140°+ or cold 40°-)
and spray and evacuate the insects.   Proper equipment is required.

5 #-10-05
_____                        _____
DATE                                            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

MAY 1 1 2005

_____                        _____
DATE                                            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: _____

                                                CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|----|----|----|----|

SUBJECT: _____

_____                        _____
DATE                                            RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN                    PRINTED ON RECYCLED PAPER



Ret on
5-10-05

ATL 1330.13C
November 5, 2002
Attachment A

ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

INSTRUCTIONS:
When you are unable to informally resolve the inmate's complaint, complete and attach this report to
each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: PORTER, Saleem | | Reg. No. 36937-083 | |
|---|---|---|---|
| | Date | Staff Signature | |
| Form Requested by inmate: | 4-22-05 | *S.B~* | |
| Form Provided to inmate: | 4-22-05 | *J.B~* | |

Inmate's complaint:   I am not being provided properly prepared Common Fare

Meals, the meals are not in conformity with amounts and not in

compliance with the Common Fare Menu.   The temperatures are not

being maintained for hot or cold food.   Insects have been in my food also

Action taken to informally resolve complaint:

unable to informally resolve.

| INFORMAL RESOLUTION ACCEPTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate Name (Printed): | |
| Staff's Signature: | Date |
| Staff Name and Title (Printed): | |

| INFORMAL RESOLUTION REJECTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate's Name (Printed): | |
| Staff Signature: | Date: |
| Staff Name and Title (Printed): | |

Date BP-9 Provided to Inmate:   5-11-0 5

Original:   Unit Manager (when resolution is accepted)   or

UNICOR FEDERAL PRISON INDUSTRIES INC.
LEAVENWORTH KANSAS

**U.S. DEPARTMENT OF JUSTICE**

**REQUEST FOR ADMINISTRATIVE REMEDY**

~~ral~~ Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | BITTON, David | 70189-004 | CAMP ONE | USP-ATL-CAMP |
|-------|---------------|-----------|----------|--------------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

PLEASE SEE ATTACHED CONTINUATION PAGE

| 10-27-05 | David Bitton |
|----------|--------------|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

REQUEST FOR ADMINISTRATIVE REMEDY

BITTON, David
Reg. No. 70189-004

This is a Request for Administrative Remedy complaining of the
failure of Camp Food Service to comply with the policies
of Religious Beliefs and Practices, and Food Service Manual
in the preparation and service of Religiously Adherent meals
that are Kosher or commonly referred to as "common fare."

I am an Orthodox Jewish inmate;  I have attempted over the last
six months to request that Food Service comply with the provisions
of Kosher law. Food Service does not properly store food at
the correct temperatures, does not refrigerate Kosher food
in a Kosher environment, does not prepare food in a Kosher manner,
does not adhere to the common fare guidelines, does not serve
the meals consistent with the common fare menu, etc., etc.,
substantial failure to comply with the prescripts of Kosher
law which is substantially burdening the practice of my Jewish
faith. Not one action has been properly taken in order to comply;
this is not a simple failure to use a proper knife or cutting
board but the total failure of the institution to abide by
Kosher law, and common fare rules.

Rabbi Lerman recently met with Chaplain Sabree, and Cook Foreman
J.B. Wright and completely outline all of the failures in
providing Kosher food.  I am unable to eat from the Food Service
area, not just because of a sink but much larger is the fact
that entree's have contained blood, have been foul smelling,
and had bacteria apparent on them when served to me.  Cook Foreman
Mozeke made efforts to comply but could not as he did not have
the appropriate support system to implement the Kosher law and
common fare program.

Addtionally food is available for commissary purchases such as
"My Own Meals" and so forth that could be purchased at the
commissary but which are not available and the commissary sales
unit does  not make these type of meals available. Other institutions
make these available.

Lastly, on the very eve of Rosh Hashana the most holy day of the
year I was informed that I could not take my common fare meals
from the food service which had not been touched but served whole
only because an officer not a food service foreman said I could not
but a National memo issued by the Assistant Director for Programs
at Passover instructed that in some circumstances such as these
here it may be necessary for the inmate to take the common fare
tray for Kosher preparation.

Please provide nutritionally adequate Kosher meals, properly
stored, prepared and served so that I can comply with the dictates
of my Jewish faith; the Bureau of Prisons has rules and regulations
for this, the law requires it (Religious Freedom Restoration Act;
Religious Exercise in Land Use for Institutionalized Persons Act)
and I request the BOP comply with the law and U.S. Constitution.

C

### AFFIDAVIT

I HEREBY CERTIFY under the penalties provided for perjury
and pursuant to the provisions of 28 U.S.C. §1746 that the
following is true and correct.

1.    I am a participant in the Religious Diet Program
commonly referred to as "Common Fare".

2.    While confined at the Federal Prison Camp, Atlanta,
Georgia, it has been a rare occasion that the Common Fare menu
has been followed; it is typical that the Common Fare menu is
not followed nor are the amounts correctly followed for nutritional
value.

3.    Food items that are considered Kosher have been defrosted
and when cooked have smelled rancid, have been off color and have
exhibited mold inside the Koshered items.  The exception was during
Passover when different items were purchased from a brand called
"Meal Mart" which were complete meals, nutritionally balanced
and were properly served.

4.    Hot and cold items are not held within applicable
food safe guidelines for temperature; coolers and freezers are
substantially above approved standards, causing bacterial growth
and the likely possibility of food contamination.

5.    Common fare trays are prepared on surfaces that have been
used for non-kosher meats, and dairy products, as well as pork
products, and are cleaned in solution containing pork products
or non-kosher items.

6.    I have brought this to the attention of staff and notwithstanding my repeated request to staff member (cop-out) only minimal action was taken to make appearances seem like the common fare area is in compliance, when in fact it is not.

Executed: 7-10-05                          *Edward Abbott*

EDWARD ABBOTT
Reg. No. 46493-066



**U.S. Department of Justice**

Federal Bureau of Prisons

*U.S. Penitentiary*

---

*601 Mc Donough Blvd. S.E.*
*Atlanta, GA 30315-4429*

**MEMORANDUM**

June 20, 2005

FROM:    MOZEKE, Cook Foreman

TO:      RANKIN, Exec. Asst./Camp Administrator

Re:      Items Requested for Repair or Replacement

The following Items need to be repaired or replaced and are either inoperable
or need to be issued for the Camp Food Service Operation.

Valves for Steam Kettles-2
(Using Cloth to seal)

Chiller Unit Installed-Not Operating
(Have No Key for Unit)

Oven Door Latch-Post Broken
(Knobs need replacing)

Food Warmers Require Two (2)
(No Food Warmers to Hold Temperature)

Mannhart Food Processor-Salad Bar Equipment
(Broken currently at CMS-Electrical)

Hobart 80 Qt. Mixer-Broken
(Currently at CMS-Electrical)

80 Qt. Mixer Paddle

Buffalo Chopper Bowl Needs Replacement-Vegetables-Salads

Three Compartment Sink Needs Support End
(Kitchen/Bakery area)

Gas Grill on Serving Line Needs Thermostats or Replacement

Position 3 & 6 on #2 Serving Line Inoperable
(Entire Steam Line need Control knobs)

Meat Slicer Needs Sharpener-Hobart Model #2612C

**MEMORANDUM**
June 20, 2005
Page Two


Freezer Temperature not Holding 40°+
(Proper Temp. 0°)

#2 Cooler Icing-Up Not Holding Temp.

#2 Steam Kettle Needs Plunger for Lid
(Steam-Burn Problem)

Lights on Kitchen Hood-Need Protective Covers
(Wires Exposed)

Food Racks Need Replacing-Wheels Falling Off

15 Serving Spoons-Replacing

10 Serving ladles 8oz.-Replacing

Bench Scraper-Dough Cutter-Replacing

2-Serrated Knives-Replace
(2 in Cabinet Serrated worn-off)

2 China Caps-Sieves-

3-Kettle Strainers

6-Sets Hot Pads
Currently have none).

6-Sets Disinfectant Buckets w/Rags

2-Interior Bulbs Oven

3-Paddles for Kettles

1-Globe Paddle for Kettles

Tilt Skillet Broken

Pre-Wash Nozzles Dish and Pot Rooms

Disposals Dish and Pots Room
(Pot Room plumbing installed electrical not hooked-up)

Chemical Dispensers Broken



**MEMORANDUM**
June 20, 2005
Page Three

Coca-Cola FloJet Broker-Tubes Leaking

Ice Machine Need to Increase Volume

Cold Juice Machines Need Elctrical Hooked-up

2-Fry Baskets-Replace

3-Mats for Floors-Additional Needed

Disposal in Three Compartment Sink Needs Drain Hooked-up To Open Nole

Moisture Drain on Oven Needs Hooked-up to Drain

Continued Spraying for Insects
(Roaches Still Aparent)

Table-Common Fare Room Replace-Prior Pork and Dairy Use

Relocate Knife, Spice, and Food processor Cages to Hall Area
(Hall has lockable Door, and removes conflict from common fare)

**21 THE ALEPH INSTITUTE NATIONAL LIBERATOR**          **SHEVAT/ADAR II 5765 / WINTER 2005**

Aleph continues to receive letters from Jewish inmates at federal prisons about the BOP religious diet. We are therefore placing a copy of the menu in the Liberator to assist inmates in ensuring that the menu and the Religious Diet policy is followed. When we bring the various issues to the attention of the food service people in Washington DC, they tell us that they never receive any complaints (BP11's) in writing from inmates. They have urged us to tell inmates to use the grievance process starting from a BP9 all the way up to a BP11 and detail all deviations from the menu and all cases of non compliance with the policy.

| DAY ONE – SUNDAY | DAY TWO – MONDAY | DAY THREE – TUESDAY |
|---|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG INSTANT FARINA<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>CHEESE OMELET W/POTATO ENTREE<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>3 OZ TUNA FISH<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MAYONNAISE<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 SALISBURY STEAK ENTREE<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

| DAY FOUR – WEDNESDAY | DAY FIVE – THURSDAY | DAY SIX – FRIDAY | DAY SEVEN – SATURDAY |
|---|---|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>4 OZ BOLOGNA COLD CUT<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>4 OZ TURKEY COLD CUT<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PKG MUSTARD<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>1 CHICKEN CUTLET ENTREE<br>1 CUP CAULIFLOWER<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 POT ROAST ENTREE<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 CHICKEN THIGH ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

### DAY EIGHT - SUNDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREAL
1 3-4 OZ MUFFIN/DANISH
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
1 CHEESE OMELET W/POTATO
1 CUP BROCCOLI
1 CUP FRESH SPINACH
1 CUP CHOPPED CABBAGE
1/4 CUP SLICED ONION
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG JELLY
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
3 OZ TUNA FISH
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MAYONNAISE
2 PATS MARGARINE

### DAY NINE - MONDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG OATMEAL
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
4 OZ BOLOGNA COLD CUT
1 CUP CAULIFLOWER
1 CUP CHOPPED CABBAGE
6 CARROT STICKS (3"-4")
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 POT ROAST ENTREE
1 CUP VEG BEANS
1 CUP BROCCOLI
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

### DAY TEN - TUESDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREALS
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG FARINA
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
3 OZ SARDINES
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/4 CUP SLICED ONION
1 CUP CAULIFLOWER
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 CHICKEN CUTLET ENTREE
1 CUP CAULIFLOWER
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

---

### DAY ELEVEN - WEDNESDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG GRITS
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
6 TBSP PEANUT BUTTER
1 CUP BROCCOLI
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
3 PKG JELLY
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 FISH FILLET ENTREE
1 CUP VEG BEANS
1 CUP CAULIFLOWER
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
1 CUP SL CUCUMBER
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

### DAY TWELVE - THURSDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREALS
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG OATMEAL
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
3 OZ TUNA FISH
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/4 CUP SLICED ONION
1 CUP CAULIFLOWER
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MAYONNAISE
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 CHICKEN THIGH ENTREE
1 CUP BROCCOLI
1 CUP FRESH SPINACH
1 CUP CHOPPED CABBAGE
1/4 CUP SLICED ONION
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

### DAY THIRTEEN - FRIDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG FARINA
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
4 OZ TURKEY COLD CUT
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 SALISBURY STEAK ENTREE
1 CUP CAULIFLOWER
1 CUP CHOPPED CABBAGE
6 CARROT STICKS (3"-4")
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

### DAY FOURTEEN - SATURDAY

**BREAKFAST**
1 FRESH FRUIT
2 CUPS DRY CEREAL
1 3-4 OZ MUFFIN/DANISH
2 CUPS 2% MILK
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

**LUNCH**
1 FRESH FRUIT
6 TBSP PEANUT BUTTER
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL
PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG JELLY
2 PATS MARGARINE

**DINNER**
1 FRESH FRUIT
1 FISH FILLET ENTREE
1 CUP VEG BEANS
1 CUP BROCCOLI
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

---

## – Certified Food Menu – 14-Day Cycle –
## Federal Bureau of Prisons Religious Diet



**U.S. Department of Justice**

Federal Bureau of Prisons

*Washington, DC 20534*

March 3, 2005

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:       John M. Vanyur, Assistant Director
            Correctional Programs Division

SUBJECT:    Guidelines for Religious Accommodation of Passover
            2005

The Jewish observance of Passover begins April 23, 2005, at
approximately 10:00 a.m. and concludes May 1, 2005, one hour
after sundown. This is a time of very strict observance for many
Jewish inmates and requires special religious accommodations.
This is particularly true in the area of food preparation, ritual
observances and work prohibition. This memorandum provides
guidelines for proper planning and appropriate level of
observances for the Jewish inmates in your institution. We have
tried to anticipate the various accommodation requests that may
be forthcoming.

There are many inmates who will not request extraordinary
preparations or accommodations as the levels of inmate observance
range from very observant to secular. On the other hand, Jewish
inmates who are otherwise inactive in the Jewish chapel program
may justifiably request participation in the Passover program.

**Passover Preparations:** For planning purposes, please note that
26 Kosher For Passover meals are required for each participating
inmate. It is imperative that a sufficient number of meals be
ordered by Food Service with ample time to allow for their
production and shipping. Extra meals should be ordered to
accommodate last minute requests from incoming inmates. It is
advisable to have each inmate request or refuse the Kosher For
Passover meals in writing, well in advance of the observance, so
that adequate meals may be procured and last minute shortages can
be avoided. Matzoh purchased for Passover must state "Kosher For
Passover" on the box.

Observant Jewish inmates may not possess grain products including
bread cakes and other grain products during Passover. Forbidden
Passover food items are called chometz. Therefore, on Thursday
evening, April 21, 2005, inmates may appropriately request to
ritually search their living area and other areas for which they
are responsible, for any residue of chometz.

Beginning at approximately 10:00 a.m. on April 23, 2005, observant Jewish inmates are prohibited from consuming any food product that contains chometz. Accordingly, the serving of Kosher For Passover meals with a nationally recognized Kosher symbol, begins at the lunch meal, April 23, 2005, and concludes on May 1, 2005. Each meal should include a serving of Kosher for Passover matzoh, if the menu calls for bread.

Tables, utensils, dishes, pots, ovens, etc., used throughout the year with chometz may not be used during Passover. Therefore, observant inmates may request a designated dining area, use of a new microwave, and new utensils for the days on which they are required to abstain from chometz. This is a reasonable request and should be accommodated. If a designated area cannot be provided , inmates may be given the option of consuming their meals in their living area, which they have rid of chometz products prior to Passover.

**The Sedar:** The Sedar is a religious service that includes a meal and mandatory ritual foods. Some inmates may request two Sedars, April 23, and April 24, 2005. Each of the required ritual items should be made available to every participating inmate in the required amounts as mandated by Jewish law for both Sedars.

The first Sedar meal should be regarded as a ceremonial meal and should be celebrated similar to ceremonial meals of other faiths. The second Sedar should include mandatory ritual foods but the meal should reflect the regular alternative diet menu. A ceremonial Sedar plate with specific ritual items should be provided by the Chaplain for each Sedar. It is not necessary to provide a separate Sedar plate for each inmate.

The Sedar requires more grape juice and matzoh than is customary for other observances. Government purchases of Shmurah matzoh should be limited to the Sedar rituals. Inmates who choose to have additional matzoh, shmurah or otherwise, may be required to purchase it from the commissary or through Special Purpose Orders (SPO).

The Sedar may take place only after nightfall and ordinarily lasts approximately 2-3 hours. This year the Sedar occurs during daylight savings time and arrangements should be made to accommodate, as much as security concerns allow, the religious needs of participating, requesting inmates. However, regardless of geographic time zone, inmates should be in their respective housing units prior to midnight.

The Sedar rituals are contained in a ritual volume entitled Haggadah. A sufficient number of these books should be made available for each participating inmate. The Art Scroll Family Haggadah provides accurate and concise instructions for proper sedar observance.

**Commissary Issues:** Some inmates may request Passover snack foods from the commissary. It would be appropriate to secure Kosher for Passover snack foods from the commissary vendor, or to

authorize SFO's to accommodate the requests of Jewish inmates during the holy season of Passover. Observant inmates may not shop on the days on which work is prohibited; therefore, it may be necessary to reschedule their shopping days.

**Work Prohibition:** Inmates may request to be excused from work on April 24-25, 2005, and April 30, May 1, 2005. The days of work prohibition are determined by Jewish law. Requests for days free from work should be accommodated. Inmates may be required to use vacation days and/or make up the days free from work. The intermediate days of Passover, April 26-29, are not recognized as work proscription days.

**Furlough Consideration:** Jewish inmates sometimes request furlough consideration during the Passover period. For the sake of consistency, it is imperative that furloughs be granted in accordance with local written policy and procedures as these are applied across the board. Furloughs for holydays with families fall under the social furlough guidelines. If the general practice of the institution is to consider furlough requests for religious and secular holiday times, requests for Passover furloughs should receive the same consideration. Furloughs for the purpose of spending religious holidays with family should not be confused with religious furloughs wherein inmates attend a religious program, seminar or retreat in the community.

The *Inmate Beliefs and Practices Technical Reference Manual (TRM)* provides excellent guidance for the Passover observance. Please refer to the manual for answers to particular questions about the ritual. Please contact the Regional Chaplain or the Religious Services Branch in Central Office if the TRM does not provide sufficient guidance for developing or implementing Passover plans, or if you require assistance.

B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


DAVID BITTON,
SALEEM PORTER,

     Plaintiff,


v.                        CASE NO. 05-CV-2045 (JDB)


ALBERTO GONZALES, et. al.,

     Defendants.

_____/


### AFFIDAVIT OF DANIEL J. LEVITAN

I HEREBY CERTIFY that the following statements are true and correct under the penalties provided for perjury and pursuant to the provisions provided for under 28 U.S.C. §1746.

1.    I am an inmate currently confined to the Federal Prison Camp, Atlanta, Georgia and am a lead cook and baker in the Camp food service department.

2.    I have been working in the food service department in the Federal Bureau of Prisons either as a volunteer or as my assigned duties for over ten (10) years.

3.    I have witnessed the storage, preparation, and service of common fare entrees and dishes at the camp food service department.

4.    I am fully trained in the requirements of Kashruth law for the service of common fare items to inmates who require a kosher diet in Federal prison.

5.    My training consists of over 10,000 hours of food service experience in the Federal Bureau of Prisons, I have the equivalent qualifications of SousChef as outlined by the American Culinary Federation, although I do not yet have the certification of this agency due to my incarceration.

6.    In the course of being assigned to the camp food service in Atlanta, Georgia I have witnessed the defiling of the common fare room which is supposed to be kept Kosher, by inmates and/or staff introducing non-kosher meats, as well as mixing dairy with meat items, use of trays that have been used for non-kosher items inclusive of pork, use of the knife for preparation of non-kosher items, as well as the tables having been regularly removed from the common fare room for use in frying non-kosher meat and pork items.

7.    I have brought these deficiencies to the attention of the administration, some changes have been made but the room is still non-kosher, it has no refrigeration, the common fare items that are supposed to be kosher are mixed with non-kosher items and are not refrigerated properly as the Mechanical Services Department refuses to repair broken equipment inclusive of coolers.

-2-

8.    In other Bureau of Prisons institutions the food service departments have properly maintained common fare areas in a kosher manner as the policies require them to do so.

9.    I have been poisoned by poultry items on September 5, 2005 as the coolers were not properly working and the chicken used for the meal had contained harmful bacteria or pathogens as a result of not being properly cooked due to the breakdown of equipment and the mechanical services department's refusal to repair the broken food service equipment.

10.    A new freezer unit meant to replace a broken freezer unit inside food service had been purchased and sat on the back dock of food service for over a year uninstalled due only to the refusal of mechanical services staff to due their duty.

11.    I have attempted to instruct other inmates on the proper preparation of common fare or kosher food items but as a result of proper oversight by executive staff violations of kosher laws, BOP regulations, and Halal standards regularly occur in the common fare area.

12.    Insects such as roaches and mice have infested the food service area, roaches can be readily seen crawling up the walls and contaminating food items as proper spraying for insects are not completed.

-3-

I HEREBY CERTIFY under the penalties provided for perjury
that the foregoing is true and correct.

Executed: 1/6/06

DANIEL J. LEVITAN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,

    Plaintiff,

v.

                   CASE NO. 05-CV-2045 (JDB)

ALBERTO GONZALES, Attorney General,
et. al.,

    Defendants.

_____/

## AFFIDAVIT OF SONNIE ELLIS

1.   My name is SONNIE ELLIS and I am currently confined at the Federal Bureau of Prisons, Federal Prison Camp, Atlanta, Georgia.

2.   I am currently assigned to the Camp Food Service as a Cook working on the morning shift.

3.   On September 5, 2005 I witnessed Correctional Officer Parsons, speaking with Cook Foreman Durrance.

4.   While Durrance and Parsons were speaking I overhead Officer Parsons state to Durrance that he was going to lock-up David Bitton at the first opportunity; due to the fact that Bitton had been attempting to obtain Kosher meals from the Food Service department.

5.   Durrance attempted to dissuade Parsons from taking retribution against David Bitton for the practice of his Jewish faith; and Durrance attempted to explain that Bitton had a valid

argument as the Food Service department had not been providing properly refrigerated, prepared, and served food under Kosher standards or within Food Service guidelines for Common Fare.

I HEREBY DECLARE under the penalties provided for perjury that the foregoing is true and correct and pursuant to the provisions of Title 28 U.S.C. §1746.

Executed this 6th day of october, 2005, in Fulton County, Atlanta, Georgia.

SONNIE ELLIS

SONNIE ELLIS
FEDERAL BUREAU OF PRISONS
Federal Prison Camp
601 McDonough Boulevard, S.E.
P.O. Box 150160
Atlanta, GA. 30315-0160

-2-

without having ice poured over it. This poultry was not cooked until on or about September 5, 2005.

Obviously the poultry was now infected with disease causing bacteria or pathogens; pathogens which do not necessarily leave detectable odors or tastes in the food. The only way to protect against pathogenic bacteria is by proper hygiene, sanitary food handling and storage techniques which include HACCP systems. Each of these area within policy and food guidelines experienced catastrophic failure. Failures in refrigeration which the institution has failed to correct for over six months.

As part and parcel to the failures on September 2, 2005 through September 5, 2005, catastrophic HACCP failures occurred due mainly to negligence. All inmates were ordered back to their housing units on September 2, 2005, and remained locked down in the dormitories from approximately 12:00 pm through the 4:00 pm count. Staff in the Central Food Service Warehouse implored officials in the custody department at the Camp to maintain a very small work cadre' during this lockdown in order to prevent the contamination of food items. Staff were left to complete the proper transportation and storage of these food items which contributed to the failures and contamination of the poultry. In addition, proper sanitation techniques including sanitizers were out-of-stock and unavailable to properly clean or disinfect cooking utensils and surfaces which came into contact with the food items.

As a further contributing factor and most critical in the contamination process, was the fact that the refrigeration in the camp facility had not been properly working for some six months and the facilities department failed and/or otherwise refused to repair and act upon numerous work requests. The new equipment for the refrigeration has been here for almost a year; uninstalled and in its original boxes. The facilities department has also failed in performing routine and preventative maintenance tasks.

As a direct and proximate result of this negligence and/or refusal on part of the BOP, Daniel suffered injury and illness and demands reparation in the amount of Two Million Seven Hundred Thousand Dollars ($2,700,000.00 U.S.).

Sincerely,

Pamela May
Agent/Next of Friend
  for Daniel J. Levitan
1257 Greystone Lane
Pensacola, FL 32514
850/477-5674

cc