THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BITTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERTO GONZALES, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 05-2045 (JDB) |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' PRELIMINARY INJUNCTION AND <u>MEMORANDUM IN SUPPORT THEREOF</u>**

Defendants, in their official capacity, respectfully request that this Court extend the time for them to respond to plaintiffs' motion for a preliminary injunction. Plaintiff's motion was served on January 6, 2006 and, therefore the opposition is currently due on January 19, 2006. Defendants, however, respectfully requests that the Court enlarge the due date for their opposition to Tuesday, January 24, 2006. Defendants request this enlargement for the following reasons:

Although plaintiffs purport to have served their motion on January 6, 2005, defendants first received plaintiff's motion on January 13, 2006 through the ECF system. In fact, defendants still have not received a service copy in the mail from plaintiffs.

Notwithstanding defendants' receipt of the preliminary injunction motion, AUSA Melnik, counsel for defendants, left for a week long vacation on Friday, January 13, 2006. Accordingly, undersigned counsel is handling the opposition in AUSA Melnik's absence. Although counsel is currently coordinating an opposition with the Bureau of Prisons until AUSA

Melnik returns, plaintiff Bitton also filed an amended complaint in which he seeks to add another plaintiff. The addition of this second plaintiff, however, has complicated the opposition because defendants must also draft and file a motion to strike plaintiff Porter from this case, as he has three strikes under the PLRA. Moreover, undersigned counsel has previously-scheduled depositions on January 18, 19 & 20 in two cases for which discovery ends on February 1, 2006.

In light of the fact that counsel has not previously been involved in the case, and that defendant did not receive the motion for preliminary injunction until January 13, 2006, the addition of a plaintiff to this action, and undersigned counsel's previously-scheduled depositions, defendant respectfully requests that the Court enlarge the time for defendant to file an opposition until Tuesday, January 24, 2006, which is the date that defendant's opposition would be due had plaintiffs served it on January 12, 2006, the day of receipt by defendant.

January 18, 2006                                        Respectfully submitted,

                                                          /s/
                                                        KENNETH L. WAINSTEIN, D.C. Bar #451058
                                                        United States Attorney

                                                          /s/
                                                        R. CRAIG LAWRENCE, D.C. Bar #171538
                                                        Assistant United States Attorney

                                                          /s/
                                                        JOHN F. HENAULT, D.C. BAR # 472590
                                                        Assistant United States Attorney
                                                        555 4th Street, N.W.
                                                        Washington, DC 20530
                                                        (202) 307-1249
                                                        (202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

       On January 18, 2006, a true and correct copy of the foregoing was served by first class mail, postage prepaid on:

David Bitton
Reg. No. 70189-004
Federal Prison Camp
601 McDonough Boulevard, S.E.
P.O. Box 150160
Atlanta, GA. 30315-0160

Saleem Porter
R36937-083
Federal Prison Camp
601 McDonough Boulevard, S.E.
P.O. Box 150160
Atlanta, GA. 30315-0160

                                                  _____/s/_____
                                                  John F. Henault
                                                  Assistant United States Attorney