THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID BITTON** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALBERTO GONZALES, et al.,** )<br>)<br>**Defendants.** )<br>_____) | Civil Action No.: 05-2045 (JDB) |

## ORDER

This matter comes before the Court on defendants' motion to enlarge the time to respond to plaintiff's motion for a preliminary injunction. After considering defendant's motion, the record herein, and applicable law, it is this ___ day of January, 2006,

ORDERED that defendants' motion is GRANTED; it is further

ORDERED that defendants shall file their opposition to plaintiff's motion on or before January 24, 2006.

_____
John D. Bates
United States District Judge