UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID BITTON,<br>SALEEM PORTER,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTO GONZALES, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2045 (JDB)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF TIMOTHY ZUPPINGER

I, Timothy Zuppinger, hereby declare and state the following:

1. I am the Food Service Administrator for the United States Penitentiary and Federal Prison Camp in Atlanta, Georgia. I have held this position since January, 2003. I have been employed with the Federal Bureau of Prisons since November 9, 1986.

2. All the recommendations made in the attached September 29, 2005 letter from Rabbi Yossi Lerman (Exhibit D to Plaintiffs' Motion for Preliminary Injunction) regarding the Federal Prison Camp Kitchen in Atlanta have been implemented over the last two months.

3. Plaintiffs Bitton and Porter are currently receiving kosher meals at the Federal Prison Camp in Atlanta.

4. The kosher meals at the Federal Prison Camp in Atlanta are pork-free and comply with BOP policy for Muslim inmates requesting a religious diet.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of January 2006 in Atlanta, Georgia.

Timothy Zuppinger
Food Service Administrator
Federal Bureau of Prisons