# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,
SALEEM PORTER,                          )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        Civil Action No. 05-2045 (JDB)
                                        )
ALBERTO GONZALES, et al.,               )
                                        )
            Defendants.                 )
                                        )
_____)

## SECOND DECLARATION OF MARLI J.P. KERRIGAN

I, Marli J.P. Kerrigan, hereby declare and state the following:

1. I am an Assistant General Counsel for the Federal Bureau of Prisons in Washington, D.C. I have been employed as an attorney with the Federal Bureau of Prisons since January 2001.

2. Under 28 C.F.R. § 542.10-542.18, "Administrative Remedy Procedure for Inmates," the Bureau of Prisons has implemented a procedure that inmates must use to make complaints about any aspect of their confinement. Under this procedure, an inmate must first address his complaint informally with the institution staff. If informal resolution is unsuccessful, the inmate may file a formal complaint with the warden of the institution where he is incarcerated. If the inmate is not satisfied with the warden's response, he may appeal his concerns to the Regional Director. If dissatisfied with the Regional Director's response, the inmate may finally appeal to the Office of General Counsel in the Central Office of the Bureau of Prisons.

3. On January 19, 2006, I searched the Sentry computer system in the Central Office of

the Bureau of Prisons for all the administrative remedies filed, to date, by David Bitton, BOP

Register No. 70189-004.

5. Plaintiff filed an administrative claim regarding his religious diet at the institution

level, which was denied on December 14, 2005.   Plaintiff appealed his claim to the Southeast

Regional Office.  On January 13, 2006, the appeal was rejected for failure to provide a copy of

his institution claim and/or response.  He may resubmit a corrected appeal to the Regional Office.

See 28 C.F.R. § 542.16.  He has not filed any other claim(s) regarding his religious diet or any

other aspect of his Orthodox Jewish faith.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge.

Executed this 20th day of January 2006 in Washington, D.C.

Marli J.P. Kerrigan
Assistant General Counsel
Litigation Branch
Federal Bureau of Prisons