CLOSED

# U.S. District Court
## Eastern District of Virginia (Alexandria)
## CIVIL DOCKET FOR CASE #: 1:03-cv-00249-GBL

Porter v. Frazier, et al
Assigned to: District Judge Gerald Bruce Lee
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/03/2003
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

Saleem Rafeeq Porter                    represented by  Saleem Rafeeq Porter
                                                        PRO SE

                                                        Saleem Rafeeq Porter
                                                        Federal Medical Center
                                                        P.O. Box 14500
                                                        Lexington, KY 40512
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Northern Neck Regional Jail
*TERMINATED: 04/08/2003*

**Defendant**

Jeffery W. Frazier                      represented by  Robert A. Dybing
*CJM (Superintendent)*                                  Thompson & McMullan
                                                        100 Shockoe Slip
                                                        3rd Floor
                                                        Richmond, VA 23219-4140
                                                        (804) 698-6248
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

Ted H. Hull                             represented by  Robert A. Dybing
*Major, CJM (Asst. Superintendent)*                     (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2003 | 1 | Prisoner complaint administratively filed by Saleem Rafeeq Porter (clerk) (Entered: 03/04/2003) |

| 03/03/2003 | 2 | REQUEST to proceed in forma pauperis by Saleem Rafeeq Porter (clerk) (Entered: 03/04/2003) |
| --- | --- | --- |
| 04/08/2003 | 3 | ORDERED that deft Northern Neck Regional Jail is DISMISSED from this action ; and it is further ORDERED that the caption of this action is AMENDED to read Saleem Rafeeq Porter v. Jeffrey W. Frazier and Maj. Ted H. Hull ; and it is further ORDERED that pltf complete and return the enclosed CONSENT FORM, which acknowledges pltf's continuing obligation to pay the full $150.00 filing fee. The Court will forward a copy of the Consent Form to the appropriate institution to implement the procedure; and it is further ORDERED that the Clerk of the Court request from Northern Neck Regional Jail an Inmate Account Report Form on the pltf. The Court shall then assess an initial filing fee in accordance with 1915(a)(2); and it is further ORDERED that failure of the pltf to leave 20% of the deposits in his inmate account in accordance with the CONSENT FORM constitutes cause for dismissal of this action (See order for details) (signed by Judge Gerald B. Lee) Copies Mailed: yes [EOD Date: 4/9/03] (clerk) (Entered: 04/09/2003) |
| 04/16/2003 | 4 | Inmate account report form filed (Northern Neck Regional Jail) (kjon) (Entered: 04/17/2003) |
| 04/17/2003 | 5 | Prisoner Consent Form by Saleem Rafeeq Porter (kjon) (Entered: 04/18/2003) |
| 05/23/2003 | 6 | ORDER that pltf PAY an initial partial filing fee of $20.79 witin 30 days of the date of this order; and it is further ORDERED that failure to pay the required fee or file an explanation as outlines herein within 30 days of the date of this order will result in dismissal of this case. (see order for details) ( signed by Judge Gerald B. Lee ) Copies Mailed: Yes [EOD Date: 5/23/03] (kjon) (Entered: 05/23/2003) |
| 06/17/2003 |   | Filing Fee Paid; FILING FEE $ 150.00 RECEIPT # 100 164468 (kjon) (Entered: 06/18/2003) |
| 07/21/2003 | 7 | ORDER that this action is FILED; and it is further ORDERED that defts are DIRECTED to file an answer or other responsive pleadings to the complaint in accordance with the attached Notice of Lawsuit and Request for Waiver of Service of Summons. (See Order for Details) (signed by Judge Gerald B. Lee) Copies Mailed: yes [EOD Date: 7/22/03] (stas) (Entered: 07/22/2003) |
| 07/23/2003 |   | NOTICE of Lawsuit and Waiver of Service of Summons forms, complaint and 07/21/03 Order issued and sent to defts. for service (stas) (Entered: 07/23/2003) |
| 08/01/2003 | 8 | WAIVER OF SERVICE Returned Executed as to Ted H. Hull 7/21/03 Answer due on 9/19/03 for Ted H. Hull (clerk) (Entered: 08/04/2003) |
| 08/01/2003 | 9 | WAIVER OF SERVICE Returned Executed as to Jeffery W. Frazier 7/21/03 Answer due on 9/19/03 for Jeffery W. Frazier (clerk) (Entered: 08/04/2003) |

| | | |
|---|---|---|
| 08/28/2003 | 10 | MOTION by Ted H. Hull, Jeffery W. Frazier to Dismiss Under Local Rule 3, alternatively, by Ted H. Hull, Jeffery W. Frazier to Transfer Venue (together with Roseboro Notice) (stas) (Entered: 09/04/2003) |
| 08/28/2003 | 10 | Roseboro Notice by Jeffery W. Frazier, Ted H. Hull (together with motion to dismiss under local rule 3, alternatively, motion to transfer venue) (stas) (Entered: 09/04/2003) |
| 08/28/2003 | 11 | MEMORANDUM by Jeffery W. Frazier, Ted H. Hull in support of [10-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss Under Local Rule 3, alternatively [10-2] motion by Ted H. Hull, Jeffery W. Frazier to Transfer Venue (stas) (Entered: 09/04/2003) |
| 08/28/2003 | 12 | MOTION by Ted H. Hull, Jeffery W. Frazier to Dismiss under FRCP 12(b)(6) (together with roseboro notice) (stas) (Entered: 09/04/2003) |
| 08/28/2003 | 12 | Roseboro Notice by Jeffery W. Frazier, Ted H. Hull (together with motion to dismiss under FRCP 12(b)(6)) (stas) (Entered: 09/04/2003) |
| 08/28/2003 | 13 | MEMORANDUM by Jeffery W. Frazier, Ted H. Hull in support of [12-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss under FRCP 12(b)(6) (stas) (Entered: 09/04/2003) |
| 09/09/2003 | 14 | MOTION by Saleem Rafeeq Porter for Enlargement of Time to respond to defendants motion to dismiss (clerk) (Entered: 09/12/2003) |
| 09/10/2003 | 15 | NOTICE of change of Address by Saleem Rafeeq Porter (stas) (Entered: 09/15/2003) |
| 09/24/2003 | 16 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Jeffery W. Frazier, Ted H. Hull (Attorney Robert A. Dybing) (kjon) Modified on 09/29/2003 (Entered: 09/29/2003) |
| 10/09/2003 | 18 | REPLY MEMORANDUM IN SUPPORT by Jeffery W. Frazier, Ted H. Hull to response to [12-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss under FRCP 12(b)(6) (kjon) (Entered: 10/17/2003) |
| 10/15/2003 | 17 | ORDER that [14-1] motion by Saleem Rafeeq Porter for Enlargement of Time to respond to defendants motion to dismiss is GRANTED; and it is further ORDERED that pltf file his responsive material within 30 days of the date of this order. Pltf is ADVISED that he has the right to file counter-affidavits or other responsive material contesting the affidavits or records filed by dfts. If he desires to do this, all responses must be filed within 30 days of the date of this order. Pltf also is ADVISED that failure to file responsive material within the time specified will result in the Court entering judgment in this action based on the evidence and pleadings filed. If pltf believes that the materials already submitted are sufficient for fair resolution of the issues before the Court, he need not file additional pleadings or affidavits. (see order for details) ( signed by Judge Gerald B. Lee ) Copies Mailed: Yes [EOD Date: 10/16/03] (kjon) (Entered: 10/16/2003) |
| 11/07/2003 | 19 | MOTION/RESPONSE by Saleem Rafeeq Porter in opposition to [12-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss under FRCP 12(b) |

| | | |
|---|---|---|
| | | (6) (kjon) (Entered: 11/08/2003) |
| 11/12/2003 | 20 | ORDER that pltf sign and re-submit his responsive material in accordance with FRCP 11(a) within 30 days of the date of this order. (see order for details) ( signed by Judge Gerald B. Lee ) Copies Mailed: Yes [EOD Date: 11/13/03] (kjon) (Entered: 11/13/2003) |
| 11/14/2003 | 21 | SECOND REPLY MEMORANDUM in support by Jeffery W. Frazier, Ted H. Hull of [12-1] motion by Ted H. Hull, Jeffery W. Frazier Dismiss under FRCP 12(b)(6) (kjon) (Entered: 11/18/2003) |
| 03/15/2004 | 22 | MEMORANDUM OPINION re: Motion to dismiss - filed ( signed by Judge Gerald B. Lee ) Copies Mailed: Yes (kjon) (Entered: 03/16/2004) |
| 03/15/2004 | 23 | ORDER that [12-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss under FRCP 12(b)(6) is GRANTED; and it is further ORDERED that [10-1] motion by Ted H. Hull, Jeffery W. Frazier to Dismiss Under Local Rule 3 and [10-2] motion by Ted H. Hull, Jeffery W. Frazier to Transfer Venue is DENIED as moot; and it is further ORDERED that this civil action be and is DISMISSED (see order for details) ( signed by Judge Gerald B. Lee ) Copies Mailed: Yes [EOD Date: 3/16/04] (kjon) (Entered: 03/16/2004) |
| 03/15/2004 | | Case closed (kjon) (Entered: 03/16/2004) |
| 04/09/2004 | 24 | NOTICE OF APPEAL OF [23-1] order dated 3/15/04 by Saleem Rafeeq Porter. Copies sent to Saleem Rafeeq Porter, Jeffery W. Frazier, Ted H. Hull. Copy of notice, order and docket entries sent to USCA (kjon) (Entered: 04/09/2004) |
| 04/16/2004 | | USCA Case Number Re: [24-1] appeal by Saleem Rafeeq Porter CASE MANAGER: Taline Akseraylian USCA NUMBER: 04-6629 (kjon) (Entered: 04/19/2004) |
| 04/19/2004 | | Certified and transmitted Record on Appeal to U.S. Court of Appeals: [24-1] appeal by Saleem Rafeeq Porter (Volume 1: Pleadings 1-24) (kjon) (Entered: 04/19/2004) |
| 04/29/2004 | | Payment of Notice of Appeal Filing Fee Appeal Fee $ 255.00 RECEIPT # 100 171867 (kjon) (Entered: 04/29/2004) |
| 08/06/2004 | 25 | Copy of Opinion of USCA re: [24-1] appeal by Saleem Rafeeq Porter Decided 8/5/04 affirming the District Court decision; attached copy of judgment will not take effect until issuance of the mandate. (kjon) (Entered: 08/09/2004) |
| 08/30/2004 | 26 | JUDGMENT OF USCA (certified copy) with copy of opinion of USCA affirming the judgment of the District Court re: [24-1] appeal (kjon) (Entered: 08/30/2004) |
| 08/30/2004 | | Record on Appeal returned from U.S. Court of Appeals: (1 volume) (kjon) (Entered: 08/30/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/23/2006 11:20:22 | | | |
| PACER Login: | us0796 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-cv-00249-GBL |
| Billable Pages: | 3 | Cost: | 0.24 |