pacerMenu
**Home   Pacer   Full Docket   Opinions**                                                                    Help

If you view the full docket, you will be charged for 3 Pages    $ 0.24

## US Court of Appeals for the Fourth Circuit
## Case Summary

```
Court of Appeals Docket #: 04-6629                              Filed: 4/13/04
Nsuit:    0
Porter v. Frazier, et al
Appeal from: Eastern District of Virginia at Alexandria

Lower court information:
     District: 0422-1 : CA-03-249-AM
     Presiding Judge: Gerald Bruce Lee, District Judge
```

| | |
|---|---|
| 4/14/04 | Informal briefing order filed. [04-6629] ~ [3966911]<br>Informal brief due 5/10/04 for Saleem Rafeeq Porter. (ta) |
| 4/20/04 | Record on appeal filed. Pleadings: Vol. 1. [04-6629] ~ [3970469] (ta) |
| 4/21/04 | Counsel of record form filed by Robert A. Dybing for Appellee Jeffrey W. Frazier, Appellee Ted Hull. (ta) |
| 4/21/04 | Negative disclosure statement filed by Appellee Jeffrey W. Frazier, Appellee Ted Hull [04-6629] (ta) |
| 5/3/04 | Fee paid. [04-6629] ~ [3977845] (mft) |
| 5/6/04 | Docketing statement filed by Appellant Saleem Porter [3980110-1].[04-6629] ~ [3980110] (mft) |
| 5/13/04 | Rule 45 notice issued to Appellant Saleem Porter for failure to file informal brief. [04-6629] ~ [3982908] (ta) |
| 5/28/04 | Informal brief filed by Appellant Saleem Porter. Proof of Service[Y/N]?: n # inf.br pages: 3. [04-6629] (ta) |
| 5/28/04 | Rule 45 notice issued to Appellant Saleem Porter for certificate of service default. Disciplinary document due by 6/14/04. [04-6629] ~ [3991571] (ta) |
| 6/1/04 | Informal brief filed by Appellee Ted Hull, Appellee Jeffrey W. Frazier. Proof of Service[Y/N]?: y # inf.br pages: 3. [04-6629] (ta) |
| 6/10/04 | Certificate of service filed by Appellant Saleem Porter . [04-6629] (mft) |
| 8/5/04 | Unpublished per curiam opinion filed. Copies to all parties. [04-6629] (ta) |
| 8/5/04 | Judgment order filed. Decision: affirmed. EOD Date: 8/5/04. [04-6629] ~ [4029019] (ta) |

| Date | Entry |
|---|---|
| 8/27/04 | Mandate issued. ~ [4041258] [04-6629] (mft) |
| 8/27/04 | Record on appeal returned to USDC at Alexandria. Pleadings: vol. 1 [04-6629] ~ [4041259] (mft) |

### PACER Service Center
#### Transaction Receipt

01/23/2006 10:47:18

| PACER Login: | us0796 | Client Code: | |
| --- | --- | --- | --- |
| Description: | dkt summary | Case Number: | 04-6629 |
| Billable Pages: | 1 | Cost: | 0.08 |