UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID BITTON,
SALEEM PORTER,

    Plaintiff,

v.                                  CASE NO. 05-CV-2045 (JDB)

ALBERTO GONZALES, et. al.,

    Defendants.
_____/

### DECLARATION OF DAVID BITTON

I DAVID BITTON, hereby declare and state the following:

1.    I am an Orthodox Jewish adherent, and my family are Orthodox Jewish adherents, and have been all our lives.

2.    I am versed in all aspects of Kashruth law dealing with the preparation of kosher food items.

3.    I have witnessed the introduction of non-kosher items into the common fare area in the past. I have not been been served Kosher food products from the common fare area for some 4 months.

4.    I have read the declarationof Timothy Zuppinger which states "Plaintiffs Bitton and Porter are currently receiving kosher meals at the Federal Prison Camp in Atlanta." This claim is completely untrue, as I have not even entered the Food Service area for over four months as I cannot consume the prepared food due to the fact that the preparation and instruments are not kosher.

5. I have attended "Ahi Ezer" in Brooklyn, New York; "Shaare Torah" in Brooklyn, New York; and "Ner Israel" in Baltimore, Maryland, all schools are Yeshivas and as such due to my extensive Jewish education I have been able to determine the fact that the food and preparation in the common fare area is non-kosher.

6. During the time that I have not entered the Food Service area to obtain meals I have accompanied the Rabbi on his inspection of the common fare area on three occassions only to find that there were non-kosher foods in the area, that the knife being used is not kosher as it has been used on non-kosher items, that non-kosher food products have been introduced into the common fare area which also prevents the area from being maintained as kosher.

7. I have had to consume only items that are kosher sold in the inmate commissary; those items sold are subject to spending limits so that the food I consume from the inmate commissary is limited to the spending limitations. Mostly, I have to consume tuna, chips, refried beans, that are certified as kosher products.

8. Just recently in the last week the chaplain chaplain Sabree' found chicken in the common fare area that was not kosher which is another major violation.

9. All the recommendations in the September 29, 2005 letter from Rabbi Yossi Lerman (Exhibit D to Plaintiffs' Motion for Preliminary Injunction) regarding the Federal Prison Camp Kitchen <u>have</u> <u>not</u> been implemented, again preventing the food served from being kosher.

I HEREBY CERTIFY under the penalties provided for perjury that the foregoing is true and ocrrect pursuant to 28 U.S.C. §1746.

Executed: 2-2-06          _____
                          DAVID BITTON