*Leave to file GRANTED*

John D. Bates 2/8/06
John D. Bates
United States District Judge

January 20, 2006

Honorable John D. Bates
United States District Court Judge
333 Constitution Avenue, N.W.
Washington D.C.  20001

      Re:  Bitton, et. al. v. Gonzales, et. al.
          Case No. 1:05-CV-2045 (JDB)

Dear Judge Bates:

I am the contract Rabbi at the Federal Prison Camp and the United States Penitentiary, at Atlanta, Georgia.

I am the Rabbi in the Atlanta community for the Chabad Enrichment Center, and Orthodox Jewish religious center.

On September 15, 2005, then again sometime in December, 2005, and a third time on January 19, 2006 I had occassion to inspect and visit the Food Service Department (kitchen) at the Federal Prison Camp after requests from Jewish and Muslim inmates; and to speak with the Bureau of Prisons officials regarding the service of Kosher meals.

After meeting with staff and discussing with them the serious deficiencies and violation of Kosher laws regarding the meals served at the Camp I outlined those deficiencies to the BOP staff.

I made the prison officials aware that numerous violations existed that precludes the food being served as Kosher.  I also explained that once all the violations had been fixed that I must be called back to certify the area as Kosher.  I have not been requested to certify the area as Kosher; nor could the area in Kosher food be certified as Kosher due to the fact of continued deficiencies which precludes the meals to be certified as Kosher.

There is insufficient training and/or lack of supervision by prison officials to insure that the area is maintained as Kosher.

I have been advised by the Jewish inmates that food that is non-Kosher is regularly taken into the room, heated up in the microwave and prepared or eaten in the area.  Staff continue to allow introduction, and preparation of non-Kosher items in this area.

Page Two
January 20, 2006
Honorable John D. Bates

The newest sink installed has been defiled by washing of knives that have been used on non-Kosher meat inclusive of Pork, the microwave oven has had non-Kosher items cooked and reheated in it, utencils and preparation equipment has been taken out of the common fare area and used on non-Kosher items, and non-Kosher dairy products, and dairy products have been opened prepared, or consumed in the common fare area. Moreover, the knife present on this day is the same knife that has been used for the preparation of non-kosher food.

I have advised David Bitton and other Jewish inmates and Muslim inmates of my findings. I have been informed that David Bitton has had to eat food purchased from the commissary in order to maintain Kosher standards.

I have made many efforts inclusive of a second an third visit to request these deficiencies be corrected. I personally removed non-Kosher items from the common fare area and gave them to the Food Service Foreman on duty and brought the violations to his attention; the foreman was more concerned that I sat the food items on a piece of paper then the fact that the common fare room was not being kept Kosher.

If the staff do not maintain oversight then the area can never become Kosher as the inmates will continue to defile the area; it requires corrections as well as staff supervision to properly serve Kosher items.

Due to the gravity of the issue, I have requested each time that immediate attention is necessary. I have not been requested to inspect the common fare area inside the USP, but I am told that the food being served in the lock-up is not Kosher either.

If you should have any questions please feel free to contact me.

Sincerely,

RABBI YOSSI LERMAN
Chabad Enrichment Center
Gwinnet Hall
3604 Parkmont Court
Norcross, GA. 30092
678/595-0196

Page Three
January 20, 2006
Honorable John D. Bates


cc: Karen L. Melnik
    Asst U.S. Attorney
    Judiciary Center
    555 Fourth Street, N.W.
    Room-E-4112
    Washington D.C.  20530

    Rabbi Aaron Lipskar
    Rabbi Manachem Katz
    Aleph Institute
    9540 Collins Avenue
    P.O. Box 547127

    Michael Zenk, Warden
    Federal Prison Camp
    601 McDonough Boulevard, S.E.
    Atlanta, GA. 30315-0160

    Susan Van Baalen, Chief Chaplain
    Federal Bureau of Prisons
    320 First Street, N.W.
    Washington D.C. 20534

    John Vanyur, Asst. Director
    Federal Bureau of Prisons
    320 First Street, N.W.
    Washington D.C. 20534

    Harley Lappin, Director
    Federal Bureau of Prisons
    320 First Street, N.W.
    Washington D.C. 20534