**Administrative Remedy No. 376601-A1**
**Part B - Response**

You contend the religious diet program is not in compliance with applicable Bureau of Prisons' policy. You request that meals used in the religious diet program be purchased from a specific vendor.

Our review of this matter reveals that both the Warden and the Regional Director have adequately addressed your concerns. Food service and religious services staff closely monitor the religious diet program and ensure compliance with Bureau of Prisons' policy. They have determined that the religious diet program provides proper food items which are maintained at appropriate temperature and that such meals are religiously-compliant. Such meals are nutritionally-adequate and are prepared and served in a sanitary environment and manner. You offer no credible evidence to support any conclusion to the contrary.

Food for use in the religious diet program, or for service to the general inmate population, is purchased pursuant to the provisions of the Federal Acquisition Regulation. Sole-source procurement is not consistent with this regulation.

Your appeal is denied.

November 3, 2005

Date

Harrell Watts, Administrator
National Inmate Appeals

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: | PORTER, SALEEM | 36937-083 | CAMP | USP-ATL-CAMP |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL-SEE ALSO CONTINUATION PAGE.**

This is a complaint for the failure of the Food Service Department to comply with BOP guidelines for the preparation, of Common Fare Meals and that failure to follow holding temperatures, and temperatures for cooling. More specifically is the recalcitrant staff members i.e. Cook Foreman Mozeke who during the morning breakfast meal recently said: "I don't care about that Common Fare" "You guys have been eating pork your whole life, you want to come to jail and pull this b-------" "I got blue on I don't have to take the word of no inmate" It is this type of staff attitude and recalcitrance which is pervasive at this institution. Although just recently Mr. J.B. Wright, Mr. Butler and Mr. Durrance have made an effort to comply with Common Fare, but simple changes need to be made; but also these particular staff members always try to comply with policy.

I would incorporate my previous complaints, affidavits and evidence as if set forth at length herein.

_8-18-05_
DATE

_Saleem Porter_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

| | |
|---|---|
| DATE | GENERAL COUNSEL |

ORIGINAL: RETURN TO INMATE                CASE NUMBER: _376601-A1_

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

SUBJECT: _____

| DATE | SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL |
|---|---|

USP LVN                Previously BP-DIR-11

BP-231(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

| From: | PORTER, Saleem | 36937-083 | CAMP ONE | USP-ATL-CAMP |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL**

This is a complaint for the institutional failure to abide by the Religious Diet Program (Common Fare), failing to abide by food storage guidelines for holding food at safe temperatures, coolers, freezers and warmers, failing to control the pest population such as roaches (which have been in my trays), mice and rats where excrement can be seen as well as other insects, and failing to follow the published menus for Common Fare Program, as well as amount and weights of food, and these failures are burdening my religious needs which also by policy is supposed to be protected. Bureau of Prisons guidelines are not being followed.

I have offered simple ways to correct the problems that have a de minimus impact on resources. The instittuion has chose not to effect those suggested changes that would comply with the Common Fare Program requirements. The Warden's response is absolutely untruthful and for the recent program review changes were made just hours before inspection, for appearance sake. Please see continuation page.

7-1-05
DATE                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**



RECEIVED
JUL - 6 2005
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: 376601-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____

SUBJECT: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

USP LVN    DATE                 Previously BP-DIR-10        SIGNATURE, RECIPIENT OF REGIONAL APPEAL        BP-230(13)

CENTRAL OFFICE ADMINSITRATIVE REMEDY APPEAL

REMEDY ID. 376601

PORTER, Saleem
36937-083

Additionally, the institution recently prevented the contract Rabbi from inspecting the Common fare area. This is also a policy requirement.

Problems relating to common fare are also insect infestation, failure of the Mechanical Services Department to repair air conditioning equipment and cooling units, the mixing of pork products within the Common Fare room and use of Common Fare tables for use with non-Kosher or Halal products.

Further, I have previously submitted affidavits under the penalties for perjury which are also attached attesting to the failure of the institution camp facility to comply with common fare guidelines and the regional response had the audacity to discount all of the evidence which showed failure and a general laziness of cook foreman to comply with with BOP policy.

This institution has a non-chalant attitude and this has been evidenced by Cook Foreman Mozeke when he not only showed his disdain for the Common Fare Program but also his discrimination by stating "You Muslims want to come to jail and stop eating pork when you have been eating prok your whole life"  "I know a Muslim behind the wall that eats pork and messes with those faggots"  These type of disparaging comments shows a general bias from a BOP representative against the Muslim faith and against homosexuals since those remarks were used together along with religiously motivated statements meant to disparage my faith.

This institution should never have passed program review, no one inspected the Common Fare, nor did the program review inspect the fact that facilities has also significantly contributed to problems in food service by refusing to repair areas, such as taking upwards of four, five six months to make simple repairs.

There is no more that I can possibly state on how to repair these multiple problems that put me at risk of pursuing my faith (a faith I have practiced my whole life) put the entire inmate population at risk due to cooling problems which can be gleaned from temperature logs, and other significant food handling problems in this institution. This also can be corroborated from the Chaplain at this institution Chaplain Sabree.

Regional Administrative Remedy Appeal No. 376601-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted
July 6, 2005.  You allege the Food Service Department is not in compliance with
Program Statement 4700.04, Food Service Manual with respect to the implementation
of the Religious Diet Program.  Specifically, you allege the food items are not stored at
the proper temperature, insects are on trays, and the menus are not followed   As relief,
you request the Food Service Department comply with policy.

Our investigation reveals the Religious Diet Program at your institution is in compliance
with procedures as outlined in Program Statement 4700.04, Food Service Manual.  The
Religious Diet Program is closely monitored by Food Service staff to ensure proper
temperatures are maintained, cleanliness of trays and adherence to the menus.  There
is no evidence to substantiate the Food Service Department is not in compliance with
policy for the Religious Diet Program.

Accordingly, your Regional Administrative Remedy Appeal is denied.  If dissatisfied with
this response, you may appeal to the Office of General Counsel, Bureau of Prisons,
320 First Street, N.W., Washington, D.C., 20534.  Your appeal must be received in the
General Counsel's Office within 30 calendar days of the date of this response.


_7/25/05_
Date

_for Michael A. Zenk_
Regional Director, SERO

REQUEST FOR ADMINISTRATIVE REMEDY-REGIONAL APPEAL

PORTER, Saleem                    Reg. No. 36937-083

This is a complaint for the Food Service Department's failure to
abide by policy and health code guidelines for food preparation
and handling at the USP-Atlanta, and Satellite Camp Food Service.
Specifically, the improper preparation of Kosher/Halal meals in
the Religious Diet Program (Common Fare), improper storage,
improper amounts of food items served, and items supplied not
commensurate with the Common Fare Menu. In support of these
allegations of the violations are attachments of affidavits
executed under perjury, and a listing of the actual items served,
and a copy of the Common Fare Program menu. These attachments
are incorporated by reference and support my allegations.

First the food is being improperly held. The freezer at the
Camp has been registering 36°+, the coolers 55°+. These temperatures
are unsafe and allow food borne contamination to occur and have
made me sick on two occassions, on one occassion I did not eat a
chicken quarter as the food was green, molded and had a foul smell.
Another time the Pot Roast entree' showed signs of blood when the
item had not even been heated and had a foul smell, all resulting
from improper refrigeration. Just one-day before the recent Program
Review did thermometers get installed. These thermometers are
registering the improper temperatures and this can be found in the
temperature logs at the Camp Food Service.

Second the BOP by policy issues a Common Fare Program menu based
on a two week cycle. This menu is not followed; in my attachments
indicates the items served below the nutritional standards set
by the menu. I have been told by Food Service Foreman that memos
have been written to correct these problems but they are not corrected.
These memos should be reviewed to resolve the impasse. Just as
importantly is the fact that these improper handling temperatures
affect the entire population as the Kosher/Halal food is stored
along with non-Kosher food items; there is not a proper holding
cabinet for heated Kosher foods, nor is there a separate holding
area for cold foods. Once again just as importantly is the fact
that there is only one holding cabinet to keep foods hot, but
the entrees must be held in cabinets that do not maintain the proper
holding temperatures. An additional holding cabinet is needed.
Ironically, I am told there are two heated holding cabinets in the
staff training center that are rarely used but for the inmates only
one is used for 500+ inmates at the camp.

Third the food served for entree's do not meet the required weight
requirements, I weighed some of the foods served for the entree
and the weight came in at 2.5-3 ounces, 30% less than the indicated
weight on the package. To resolve these problems I offer the
following suggestions; 1) order complete meals from Meal Mart which
were purchased for Passover and offered a complete nutritionally
balanced meal, 2) repair the coolers, 3)purchase or remove one
holding cabinet from the training center area, 4)purchase tables
and equipment which has not been used for Kosher preparation, inclusive
of a separate refrigerator for Common Fare, 5) remove cabinets in
common fare room that have been used for pork prpeparation, 6) follow
the Common Fare program menu.

## PART B-RESPONSE TO ADMINISTRATION REMEDY NO. 376601-F1

Inmate Name: Porter, Saleem                                    Reg. No. 36937-083

This is in response to your Administrative Remedy receipted May11, 2005, wherein you claim that the common fare meals you have been receiving are not held at the correct temperatures. You also state insects have been on your tray, and the food amounts are not being observed on your common fare tray. You claim your food is not Halal, and the instruments used to handle meat/ pork products not properly wrapped. Furthermore, you state frozen items have been defrosted and cooked meats have significant signs of blood due to improper handling due to temperature.

Program Statement 4700.04, Food Service Manual, chapter seven, page one section three, states, "To the extent practicable a hot entree shall be available to accommodate inmate's religious dietary needs. e.g., Kosher and/or Halal products." We serve Kosher entrees not Halal because of the availability to this institution. Proper holding temperatures hot/cold are being maintained according to policy and procedures.

Program Statement 4700.04, Food Service Manual, chapter seven, page two, states, "Separate cutting boards, knives, scoops, food inserts and any other necessary items used in the production of food for the common fare diet shall be provided." All of these items are in place during the production and preparation of the common fare feeding program. The utensils, and other items are identified as common fare only and stored separately from mainline utensils.

Program Statement 4700.04 Food Service Manual, chapter seven, page one section four, states, "All foods purchased shall be fully prepared, ready to use and certified by a recognized Orthodox Standard, such as: K, (k), ( K within brackets), "CRC ." Therefore, there could not be blood in the entree as you claim because the entrees come fully prepared. The entrees are cooked in a micro wave oven from a frozen state and never defrosted.

The safety department has an aggressive insect prevention program in the food service department they spray for a variety of flying/crawling insects and rodents that inhabit this region of the country.

Some food items on the common fare tray are weighed with a scale for accuracy to meet recommended daily allowances. We meet or exceed all applicable nutritional recommendations for the common fare program. All Religious Diet menus are submitted to outside Registered Dieticians for analysis of compliance to policy.

An investigation of this matter revealed there is no merit to your accusations and Food Service department is in complete compliance with all policies and procedures regarding the Religious Diet Program (Common Fare).

Therefore, your Request for Administrative Remedy is denied. If dissatisfied with this response, you may submit an appeal on the appropriate form (Regional Administrative Remedy Appeal/BP-10) within 20 calendar days of the date of this response to the Southeast Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia, 30331-6226.

G. Maldonado, Jr., Warden                                    Date 6/13/05

U.S. DEPARTMENT OF JUSTICE                              REQUEST FOR A ̅ ̅ ̅ ̅ ̅ISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | PORTER, Saleem | 36937-083 | CAMP ONE | U.S.P.-ATL-CAMP |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

This is a complaint relating to the providing of Common Fare Meals
the serving of Common Fare that is not held at correct temperatures
either hot or cold, insects such as roaches have been in my tray,
insects have infested the food service area, further the Common Fare
menu is not being observed, the amounts are not being observed,
and my food is not Halal as the instruments used to prepare the
food have been used for meat/pork products and are not properly
wrapped. Further, the frozen items have been defrosted and cooked
meats have significant signs of blood due to improper handling
due to temperature variations. Simply put there is blatant and
total disregard for food handling procedures, and BOP policy and
procedure due to the mishandling of common fare items.

I am requesting that food service comply with the regulations
and religious laws concerning the preparation of Common Fare,
hold the food at the correct temperature (hot 140°+ or cold 40°-)
and spray and evacuate the insects. Proper equipment is required.

| 5 ⧸-10-05 | | Saleem Porter |
|---|---|---|
| DATE | | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

MAY 1 7 2005

| | | |
|---|---|---|
| DATE | | WARDEN OR REGIONAL DIRECTOR |

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                                    CASE NUMBER: _____

                                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
               LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.       UNIT          INSTITUTION

SUBJECT: _____

| | | |
|---|---|---|
| DATE | | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

USP LVN         PRINTED ON RECYCLED PAPER                                    BP-229(13)
                                                                            APRIL 1982

Ret on
5-10-05

ATL 1330.13C
November 5, 2002
Attachment A

## ADMINISTRATIVE REMEDY INFORMAL RESOLUTION FORM

**INSTRUCTIONS:**

When you are unable to informally resolve the inmate's complaint, complete and attach this report to each BP-9. The BP-9 will not be accepted without this form.

| Inmate Name: PORTER, Saleem | | Reg. No. 36937-083 |
|---|---|---|
| | Date | Staff Signature |
| Form Requested by inmate: | 4-22-05 | J.B~ |
| Form Provided to inmate: | 4-22-05 | J.B~ |

Inmate's complaint:   I am not being provided properly prepared Common Fare Meals, the meals are not in conformity with amounts and not in compliance with the Common Fare Menu. The temperatures are not being maintained for hot or cold food. Insects have been in my food also.

Action taken to informally resolve complaint:

unable to informally resolve.

| INFORMAL RESOLUTION ACCEPTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate Name (Printed): | |
| Staff's Signature: | Date |
| Staff Name and Title (Printed): | |

| INFORMAL RESOLUTION REJECTED BY: | Date: |
|---|---|
| Inmate's Signature: | Date: |
| Inmate's Name (Printed): | |
| Staff Signature: | Date: |
| Staff Name and Title (Printed): | |

| Date BP-9 Provided to Inmate: | 5-11-05 |
|---|---|

Original:  Unit Manager (when resolution is accepted)  or
Forward with BP-9 (when ...



**U.S. Department of Justice**

Federal Bureau of Prisons

*Washington, DC 20534*

March 3, 2005

MEMORANDUM FOR CHIEF EXECUTIVE OFFICERS

FROM:        John M. Vanyur, Assistant Director
             Correctional Programs Division

SUBJECT:     Guidelines for Religious Accommodation of Passover
             2005

The Jewish observance of Passover begins April 23, 2005, at
approximately 10:00 a.m. and concludes May 1, 2005, one hour
after sundown. This is a time of very strict observance for many
Jewish inmates and requires special religious accommodations.
This is particularly true in the area of food preparation, ritual
observances and work prohibition. This memorandum provides
guidelines for proper planning and appropriate level of
observances for the Jewish inmates in your institution. We have
tried to anticipate the various accommodation requests that may
be forthcoming.

There are many inmates who will not request extraordinary
preparations or accommodations as the levels of inmate observance
range from very observant to secular. On the other hand, Jewish
inmates who are otherwise inactive in the Jewish chapel program
may justifiably request participation in the Passover program.

**Passover Preparations:** For planning purposes, please note that
26 Kosher For Passover meals are required for each participating
inmate. It is imperative that a sufficient number of meals be
ordered by Food Service with ample time to allow for their
production and shipping. Extra meals should be ordered to
accommodate last minute requests from incoming inmates. It is
advisable to have each inmate request or refuse the Kosher For
Passover meals in writing, well in advance of the observance, so
that adequate meals may be procured and last minute shortages can
be avoided. Matzoh purchased for Passover must state "Kosher For
Passover" on the box.

Observant Jewish inmates may not possess grain products including
bread cakes and other grain products during Passover. Forbidden
Passover food items are called chometz. Therefore, on Thursday
evening, April 21, 2005, inmates may appropriately request to
ritually search their living area and other areas for which they
are responsible, for any residue of chometz.

Beginning at approximately 10:00 a.m. on April 23, 2005, observant Jewish inmates are prohibited from consuming any food product that contains chometz. Accordingly, the serving of Kosher For Passover meals with a nationally recognized Kosher symbol, begins at the lunch meal, April 23, 2005, and concludes on May 1, 2005. Each meal should include a serving of Kosher for Passover matzoh, if the menu calls for bread.

Tables, utensils, dishes, pots, ovens, etc., used throughout the year with chometz may not be used during Passover. Therefore, observant inmates may request a designated dining area, use of a new microwave, and new utensils for the days on which they are required to abstain from chometz. This is a reasonable request and should be accommodated. If a designated area cannot be provided , inmates may be given the option of consuming their meals in their living area, which they have rid of chometz products prior to Passover.

**The Sedar:** The Sedar is a religious service that includes a meal and mandatory ritual foods. Some inmates may request two Sedars, April 23, and April 24, 2005. Each of the required ritual items should be made available to every participating inmate in the required amounts as mandated by Jewish law for both Sedars.

The first Sedar meal should be regarded as a ceremonial meal and should be celebrated similar to ceremonial meals of other faiths. The second Sedar should include mandatory ritual foods but the meal should reflect the regular alternative diet menu. A ceremonial Sedar plate with specific ritual items should be provided by the Chaplain for each Sedar. It is not necessary to provide a separate Sedar plate for each inmate.

The Sedar requires more grape juice and matzoh than is customary for other observances. Government purchases of Shmurah matzoh should be limited to the Sedar rituals. Inmates who choose to have additional matzoh, shmurah or otherwise, may be required to purchase it from the commissary or through Special Purpose Orders (SPO).

The Sedar may take place only after nightfall and ordinarily lasts approximately 2-3 hours. This year the Sedar occurs during daylight savings time and arrangements should be made to accommodate, as much as security concerns allow, the religious needs of participating, requesting inmates. However, regardless of geographic time zone, inmates should be in their respective housing units prior to midnight.

The Sedar rituals are contained in a ritual volume entitled Haggadah. A sufficient number of these books should be made available for each participating inmate. The Art Scroll Family Haggadah provides accurate and concise instructions for proper sedar observance.

**Commissary Issues:** Some inmates may request Passover snack foods from the commissary. It would be appropriate to secure Kosher for Passover snack foods from the commissary vendor, or to

authorize SPO's to accommodate the requests of Jewish inmates
during the holy season of Passover. Observant inmates may not
shop on the days on which work is prohibited; therefore, it may
be necessary to reschedule their shopping days.

**Work Prohibition:** Inmates may request to be excused from work on
April 24-25, 2005, and April 30, May 1, 2005. The days of work
prohibition are determined by Jewish law. Requests for days free
from work should be accommodated. Inmates may be required to use
vacation days and/or make up the days free from work. The
intermediate days of Passover, April 26-29, are not recognized as
work proscription days.

**Furlough Consideration:** Jewish inmates sometimes request
furlough consideration during the Passover period. For the sake
of consistency, it is imperative that furloughs be granted in
accordance with local written policy and procedures as these are
applied across the board. Furloughs for holydays with families
fall under the social furlough guidelines. If the general
practice of the institution is to consider furlough requests for
religious and secular holiday times, requests for Passover
furloughs should receive the same consideration. Furloughs for
the purpose of spending religious holidays with family should not
be confused with religious furloughs wherein inmates attend a
religious program, seminar or retreat in the community.

The *Inmate Beliefs and Practices Technical Reference Manual* (TRM)
provides excellent guidance for the Passover observance. Please
refer to the manual for answers to particular questions about the
ritual. Please contact the Regional Chaplain or the Religious
Services Branch in Central Office if the TRM does not provide
sufficient guidance for developing or implementing Passover
plans, or if you require assistance.

BP-A148.070
SEP 98

**INMATE REQUEST TO STAFF MEMBER**

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MR. ZUPPINGER, FSA | JUNE 22, 2005 |
| FROM: | REGISTER NO.: |
| SALEEM PORTER | 36937-083 |
| WORK ASSIGNMENT: | UNIT: |
| LANDSCAPE | CAMP-C |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will ve interviewed in order to successfully respond to your request.)

PLEASE SEE ATTACHED.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Do not write below this line)

DISPOSITION:

| Signature Staff Member: | Date: |
|---|---|
|  |  |

Record Copy - File; Copy - Inmate

Replaces BP-148 of OCT 86

Inmate Request to Staff Member

Porter, Saleem
Reg. No. 36937-083

I am writing to you informally in an continued effort to bring to your attention deficiencies at the Camp Food Service; I am trying to do this in a constructive spirit.

First, I am Muslim and have been my entire life. I eat common fare and have had substantial problems maybe that you may not be aware of; specifically, Common Fare has been prepared in a manner that is not consistent with either Halal or Kosher standards. An example of this is the fact that the cutting boards are washed in the pots and pan area where pork is typically washed and cleaned from pans. The knives food processor cage and spices are located in the 6x6 room which are also used to prepare pork products. The temperature of the common fare trays is held at room temperature, 60-80°. The current microwave is neither Halal or Kosher as it has been used for other items non-Halal and/or un-kosher.

These problems are easily resolved. Eliminate the non-kosher tools into the hallway area where the coolers are located. Purchase a proper new table to prepare kosher food and install a small sink for cleaning and washing items. Purchase a new microwave and a refrigerator to hold produce, and entree's so that it will not be mixed with non-Halal items.

Lastly, provide a common fare menu and serve the items that the menu calls for on the scheduled times, and in the appropriate amounts. Also it should be called to your attention about the fact that there are no food warmers for the items to be held either in the common fare room nor in the main line kitchen area; and I am told that the freezer temperature is above 32° and the dairy cooler stops working constantly; this is important I am told because this is where the food is held and stored. Most importantly overall there have never been any cleaning rags or sanitizing buckets for cleaning and sanitizing and disinfecting areas.

I have talked with many of the inmates that work in Food Service and staff that have tried to correct the problems but yet to no avail for some reason or another. Could you please try to correct these problems, as memo after memo and sign after sign will not correct the problem if the problems are not fixed initially.

Dated: 6-23-05

SALEEM PORTER

B

**AFFIDAVIT**

I HEREBY CERTIFY under the penalties provided for perjury and pursuant to the provisions of 28 U.S.C. §1746 that the following is true and correct.

1. I am a participant in the Religious Diet Program commonly referred to as "Common Fare".

2. While confined at the Federal Prison Camp, Atlanta, Georgia, it has been a rare occasion that the Common Fare menu has been followed; it is typical that the Common Fare menu is not followed nor are the amounts correctly followed for nutritional value.

3. Food items that are considered Kosher have been defrosted and when cooked have smelled rancid, have been off color and have exhibited mold inside the Koshered items. The exception was during Passover when different items were purchased from a brand called "Meal Mart" which were complete meals, nutritionally balanced and were properly served.

4. Hot and cold items are not held within applicable food safe guidelines for temperature; coolers and freezers are substantially above approved standards, causing bacterial growth and the likely possibility of food contamination.

5. Common fare trays are prepared on surfaces that have been used for non-kosher meats, and dairy products, as well as pork products, and are cleaned in solution containing pork products or non-kosher items.

6.    I have brought this to the attention of staff and notwithstanding my repeated request to staff member (cop-out) only minimal action was taken to make appearances seem like the common fare area is in compliance, when in fact it is not.


Executed: _7-1-05_

Booker T. Muhammad
Reg. No. 27196-177

## AFFIDAVIT

I HEREBY CERTIFY under the penalties provided for perjury and pursuant to the provisions of 28 U.S.C. §1746 that the following is true and correct.

1.    I am a participant in the Religious Diet Program commonly referred to as "Common Fare".

2.    While confined at the Federal Prison Camp, Atlanta, Georgia, it has been a rare occasion that the Common Fare menu has been followed; it is typical that the Common Fare menu is not followed nor are the amounts correctly followed for nutritional value.

3.    Food items that are considered Kosher have been defrosted and when cooked have smelled rancid, have been off color and have exhibited mold inside the Koshered items.  The exception was during Passover when different items were purchased from a brand called "Meal Mart" which were complete meals, nutritionally balanced and were properly served.

4.    Hot and cold items are not held within applicable food safe guidelines for temperature; coolers and freezers are substantially above approved standards, causing bacterial growth and the likely possibility of food contamination.

5.    Common fare trays are prepared on surfaces that have been used for non-kosher meats, and dairy products, as well as pork products, and are cleaned in solution containing pork products or non-kosher items.

6.    I have brought this to the attention of staff and
notwithstanding my repeated request to staff member (cop-out)
only minimal action was taken to make appearances seem like the
common fare area is in compliance, when in fact it is not.

Executed: 7-1-05                        _Edward Abbott_

EDWARD ABBOTT
Reg. No. 46493-066

-2-

## AFFIDAVIT

I HEREBY CERTIFY under the penalties provided for perjury and pursuant to the provisions of 28 U.S.C. §1746 that the following is true and correct.

1.    I am a participant in the Religious Diet Program commonly referred to as "Common Fare".

2.    While confined at the Federal Prison Camp, Atlanta, Georgia, it has been a rare occasion that the Common Fare menu has been followed; it is typical that the Common Fare menu is not followed nor are the amounts correctly followed for nutritional value.

3.    Food items that are considered Kosher have been defrosted and when cooked have smelled rancid, have been off color and have exhibited mold inside the Koshered items.  The exception was during Passover when different items were purchased from a brand called "Meal Mart" which were complete meals, nutritionally balanced and were properly served.

4.    Hot and cold items are not held within applicable food safe guidelines for temperature; coolers and freezers are substantially above approved standards, causing bacterial growth and the likely possibility of food contamination.

5.    Common fare trays are prepared on surfaces that have been used for non-kosher meats, and dairy products, as well as pork products, and are cleaned in solution containing pork products or non-kosher items.

6.    I have brought this to the attention of staff and notwithstanding my repeated request to staff member (cop-out) only minimal action was taken to make appearances seem like the common fare area is in compliance, when in fact it is not.

Executed: 7-1-05

SALEEM PORTER
Reg. No. 36937-083

-2-

Aleph continues to receive letters from Jewish inmates at federal prisons about the BOP religious diet. We are therefore pacing a copy of the menu in the Liberator to assist inmates in ensuring that the menu and the Religious Diet policy is followed. When we bring the various issues to the attention of the food service people in Washington DC, they tell us that they never receive any complaints (BP11's) in writing from inmates. They have urged us to tell inmates to use the grievance process starting from a BP9 all the way up to a BP11 and detail all deviations from the menu and all cases of non compliance with the policy.

| DAY ONE – SUNDAY | DAY TWO – MONDAY | DAY THREE – TUESDAY |
|---|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG INSTANT FARINA<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>CHEESE OMELET W/POTATO ENTREE<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>3 OZ TUNA FISH<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MAYONNAISE<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 SALISBURY STEAK ENTREE<br>1 CUP BROCCOLI<br>1 CUP FRESH SPINACH<br>1 CUP CHOPPED CABBAGE<br>1/4 CUP SLICED ONION<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

| DAY FOUR – WEDNESDAY | DAY FIVE – THURSDAY | DAY SIX – FRIDAY | DAY SEVEN – SATURDAY |
|---|---|---|---|
| **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREALS<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG OATMEAL<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 PKG GRITS<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE | **BREAKFAST**<br>1 FRESH FRUIT<br>2 CUPS DRY CEREAL<br>1 3-4 OZ MUFFIN/DANISH<br>2 SL WHOLE WHEAT BREAD<br>2 CUPS 2% MILK<br>1 CUP COFFEE<br>6 PKG SUGAR<br>2 PKG JELLY<br>2 PATS MARGARINE |
| **LUNCH**<br>1 FRESH FRUIT<br>4 OZ BOLOGNA COLD CUT<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>3 OZ SARDINES<br>1 CUP VEG BEANS<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG MUSTARD<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>6 TBSP PEANUT BUTTER<br>1 CUP CAULIFLOWER<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>3 PKG JELLY<br>2 PATS MARGARINE | **LUNCH**<br>1 FRESH FRUIT<br>4 OZ TURKEY COLD CUT<br>1/2 CUP SLICED TOMATO<br>1/4 CUP SLICED ONION<br>1 CUP CAULIFLOWER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PKG JELLY<br>2 PKG MUSTARD<br>2 PATS MARGARINE |
| **DINNER**<br>1 FRESH FRUIT<br>1 CHICKEN CUTLET ENTREE<br>1 CUP CHOPPED CABBAGE<br>6 CARROT STICKS (3"-4")<br>6 CELERY STICKS (3"-4")<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 FISH FILLET ENTREE<br>1 CUP VEG BEANS<br>1 CUP BROCCOLI<br>1/2 CUP SLICED TOMATO<br>1/2 CUP SLICED BELL PEPPER<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 POT ROAST ENTREE<br>1 CUP BROCCOLI<br>6 CARROT STICKS (3"-4")<br>1/2 CUP SLICED TOMATO<br>2 CUPS LETTUCE<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE | **DINNER**<br>1 FRESH FRUIT<br>1 CHICKEN THIGH ENTREE<br>1 CUP VEG BEANS<br>1 CUP CAULIFLOWER<br>1/2 CUP SLICED BELL PEPPER<br>1 CUP FRESH SPINACH<br>1 CUP SL CUCUMBER<br>4 SL WHOLE WHEAT BREAD<br>8 OZ SWEETENED BEVERAGE<br>2 PATS MARGARINE |

**DAY EIGHT - SUNDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREAL
1 3-4 OZ MUFFIN/DANISH
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
1 CHEESE OMELET W/POTATO
1 CUP BROCCOLI
1 CUP FRESH SPINACH
1 CUP CHOPPED CABBAGE
1/4 CUP SLICED ONION
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG JELLY
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
3 OZ TUNA FISH
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MAYONNAISE
2 PATS MARGARINE

**DAY NINE - MONDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG OATMEAL
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
4 OZ BOLOGNA COLD CUT
1 CUP CAULIFLOWER
1 CUP CHOPPED CABBAGE
6 CARROT STICKS (3"-4")
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 POT ROAST ENTREE
1 CUP VEG BEANS
1 CUP BROCCOLI
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

**DAY TEN - TUESDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREALS
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG FARINA
1 CUP COFFEE
5 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
3 OZ SARDINES
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/4 CUP SLICED ONION
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 CHICKEN CUTLET ENTREE
1 CUP CAULIFLOWER
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

**DAY ELEVEN - WEDNESDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG GRITS
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
6 TBSP PEANUT BUTTER
1 CUP BROCCOLI
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
3 PKG JELLY
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 FISH FILLET ENTREE
1 CUP VEG BEANS
1 CUP CAULIFLOWER
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
1 CUP SL CUCUMBER
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

**DAY TWELVE - THURSDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREALS
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 PKG OATMEAL
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
3 OZ TUNA FISH
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/4 CUP SLICED ONION
1 CUP CAULIFLOWER
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MAYONNAISE
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 CHICKEN THIGH ENTREE
1 CUP BROCCOLI
1 CUP CHOPPED CABBAGE
1/4 CUP SLICED ONION
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

**DAY THIRTEEN - FRIDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREAL
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 CUP FARINA
1 CUP COFFEE
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
4 OZ TURKEY COLD CUT
1 CUP VEG BEANS
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG MUSTARD
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 SALISBURY STEAK ENTREE
1 CUP CAULIFLOWER
1 CUP CHOPPED CABBAGE
6 CARROT STICKS (3"-4")
6 CELERY STICKS (3"-4")
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

**DAY FOURTEEN - SATURDAY**

BREAKFAST
1 FRESH FRUIT
2 CUPS DRY CEREAL
1 3-4 OZ MUFFIN/DANISH
2 SL WHOLE WHEAT BREAD
2 CUPS 2% MILK
1 CUP COFFEE
6 PKG SUGAR
2 PKG JELLY
2 PATS MARGARINE

LUNCH
1 FRESH FRUIT
6 TBSP PEANUT BUTTER
1/2 CUP SLICED TOMATO
1/2 CUP SLICED BELL PEPPER
1 CUP FRESH SPINACH
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PKG JELLY
2 PATS MARGARINE

DINNER
1 FRESH FRUIT
1 FISH FILLET ENTREE
1 CUP VEG BEANS
1 CUP BROCCOLI
6 CARROT STICKS (3"-4")
1/2 CUP SLICED TOMATO
2 CUPS LETTUCE
4 SL WHOLE WHEAT BREAD
8 OZ SWEETENED BEVERAGE
2 PATS MARGARINE

## – Certified Food Menu – 14-Day Cycle –
## Federal Bureau of Prisons Religious Diet