UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID BITTON,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**ALBERTO GONZALES,** *et al.*,<br><br>    **Defendants.** | Civil Action No.  05-2045 (JDB) |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff Porter is DISMISSED WITHOUT PREJUDICE as a party to this action.  It is further

ORDERED that defendants' motion to dismiss [#6] is GRANTED, and the motion to transfer [#6] is DENIED.  It is further

ORDERED that plaintiff Bitton's motion for preliminary injunction [#8] is DENIED WITHOUT PREJUDICE.  It is further

ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                                 /s/
                                                          JOHN D. BATES
                                                          United States District Judge

Dated:  February 13, 2006